| FORM B1(12/03) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEVADA | Voluntary<br>Petition |
|---|---|---|

| Name of debtor (if individual, enter Last, First, Middle):<br><br>**Greene, Scott Kevin** | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br><br>Equine Veterinary Care of Nevada;   Scott K. Greene<br>Equi-Dent Technologies, Inc;   S. K. Greene | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all):  2386 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): |
| Street Address of Debtor (No., St, City, State, & Zip Code)<br><br>450 Alamosa Dr.<br>Sparks, NV 89436 | Street Address of Joint Debtor (No., St., City, State & Zip) |
| County of Residence or of the Principal Place of Business:   Washoe | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>PO Box 5780<br>Sparks, NV 89432 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Information Regarding the Debtor (Check the Applicable Boxes) |
|---|

**Venue:** (Check any applicable box)
X   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[]   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is filed (Check one box) | | |
|---|---|---|---|---|
| X Individual(s) | [] Railroad | X Chapter 7 | [] Chapter 11 | [] Chapter 13 |
| [] Corporation | [] Stockbroker | [] Chapter 9 | [] Chapter 12 | |
| [] Partnership | [] Commodity Broker | [] Sec. 304- Case ancillary to foreign proceeding | | |
| [] Other | [] Clearing Bank | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| [] Consumer/Non-Business   X Business | | X   Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | [] Filing Fee to be paid in installments (Applicable to individuals only) Must attached signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(e). See Official Form No. 3. |
| [] Debtor is a small business as defined in 11 U.S.C. § 101<br>[] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e)(Optional) | | |

**Statistical/Administrative Information** (estimates only)

[] Debtor estimates that funds will be available for distribution to unsecured creditors.
X Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [] | X | [] | [] | [] | [] |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| [] | X | [] | [] | [] | [] | [] | [] |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| [] | [] | X | [] | [] | [] | [] | [] |

| **Voluntary Petition**<br>(This page must be completed and filed in every case.) | Name of Debtor(s):    **FORM B1, Page 2** |
|---|---|

| **Prior Bankruptcy Case Filed Within the last 6 Years** (if more than one, attach additional sheet.) | | | |
|---|---|---|---|
| Location<br>Where filed: | Reno, Nevada | Case Number: | BK-N-04-52579 GWZ | Date<br>Filed: | 08/27/04 |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | | |
|---|---|---|---|
| Name of Debtor: | | Case Number: | Date Filed: |
| District: | | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If the petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

Telephone Number (If not represented by attorney)
_____

Date  10/15/05

**Signature of Attorney**

X _____

Print below: Attorney Name, Firm, Address, Phone No.
John White (Bar # 1741)
White Law Chartered
335 W 1ˢᵗ St.
Reno, NV 89503
775-322-8000
775-322-1228 (fax)
john@johnwhitelaw.com

Date  10-15-05

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if the Debtor is required to file periodic reports (e.g., forms 10K and 10Q with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

[]     Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if Debtor is an individual
whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter.

X _____
Attorney                                              Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

[]   Yes, and Exhibit C is attached and made part of this petition.
X   No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (required by 11 U.S.C. 110(c))

_____
Address

Name and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer        Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

**[Publisher's Note:** This form is NOT intended to be used by nonattorney bankruptcy-petition preparers: Schedules do NOT contain all disclosures required for use by nonattorney bankruptcy-petition preparers.]

In re: Scott Kevin Greene

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

Scott Kevin Greene

| Debtor(s) | Case No: | _____ |
| --- | --- | --- |

SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, C, D, E, F, G, H, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED | NO. SHEETS | ASSETS | LIABILITIES | OTHER |
| --- | --- | --- | --- | --- | --- |
| A — Real Property | Yes | 1 | $240,000.00 | | |
| B — Personal Property | Yes | 4 | $34,197.00 | | |
| C — Property Claimed as Exempt | Yes | 1 | | | |
| D — Creditors Holding Secured Claims | Yes | 1 | | $92,958.90 | |
| E — Creditors Holding Unsecured Priority Claims | Yes | 3 | | $6,500.00 | |
| F — Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $311,901.93 | |
| G — Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H — Codebtors | Yes | 1 | | | |
| I — Current Income of Individual Debtor(s) | Yes | 1 | | | $8,500.00 |
| J — Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $8,631.78 |
| Total number of sheets in all Schedules ▶ | | 19 | | | |
| Total Assets ▶ | | | $274,197.00 | | |
| Total Liabilities ▶ | | | | $411,360.83 | |

1 of 22

In re: Scott Kevin Greene

## SCHEDULE A- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers excercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J", or "C" in the third column labeled "Husband, Wife, Joint or Community." if the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE. JOINT COM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 450 Alamosa Dr. Sparks, NV 89436 Debtor's residence | Fee | | $240,000.00 | $77,958.90[1] |
| 780 Browning Dr. Reno, NV 89506 Ongoing dispute between Karen Smith (former girlfriend) and Sharon Brandsness (mother). | None (See K. Smith deposition 11/29/04 and S. Greene deposition 12/14/05, in Debtor's dismissed Chapter 13) | | O | 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | $240,000.00 | TOTAL $77,958.90 |

---

1   Rena Wells (Pimpl) has a disputed claim of lien against debtor's home in the approximate amount of $116,677.65

In re: Scott Kevin Greene

## SCHEDULE B— PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G— Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Debtor's pocket | | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Personal Checking Account Bank of America<br><br>542-017-770 EVC* * - Business Checking Account Nevada State Bank | | $107.00<br><br><br>$340.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. ($500) Water tank, pump and pressure tank ($1000)<br><br>Freezer and slide projectors | | Personal items and effects, furniture. 450 Alamosa Dr.<br><br><br>last at 780 Browning Dr., Reno | | <br><br><br><br>$1,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Medical Library<br><br>Personal Library, record collection. last at 780 Browning Dr. | | $2,300.00<br><br><br>$750.00 |
| 6. Wearing apparel. | | Clothing 450 Alamosa Dr. | | $400.00 |
| 7. Furs and jewelry. | | Movado watch, 2 gold necklaces, gold tie tack | | $300.00 |

---

\*   Equine Veterinary Care of Nevada, PO Box 5780, Sparks, NV 89436

In re: Scott Kevin Greene

| | | | | |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | Remington 12 gage shotgun | | $200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | AVMA - Term Life insurance | | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Equine Veterinary Care of Nevada - Sole proprietorship – based in Debtor's home (herein "EVC");<br><br>Equi-Dent Technologies, Inc., PO Box 5780, Sparks, NV 89432 (Debtor owns 100% stock of this defunct Corporation) (herein "EDT") | | $7,300.00<br><br>$0.00 |
| 13. Interests in partnerships or joint ventures.  Itemize. | | Former interest in Water Color Racing LLC (no current interest) | | $0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | EVC - aged accts. | | $2,500.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | None known | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | None known | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and | | Action for malpractice against attorney Mark Sturdivant for failing to respond to counterclaimant's Motion for | | |

In re: Scott Kevin Greene

| | | | |
|---|---|---|---|
| rights to setoff claims.  Give estimated value of each. | | Summary Judgment in Case No. CV01-02322 | unknown |
| | | Rights, if any, against Sharon Brandsness and Karen Smith for December 2004 loss of Debtor's personal property, instruments and records, and EDT Inc's tools and dental instruments, having a total value of $21,000. See Washoe County Sheriff's Dept Case No. WC05-9060 | unknown |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 1 ton Dodge pickup -47k miles. See attached list* | $15,000.00 |
| 24. Boats, motors, and accessories. | X | | |
| 25. Aircraft and accessories. | X | | |
| 26. Office equipment, furnishings, and supplies. | | Computer desks, cabinets 1000 Bible Way (office) | $1,200.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Generator, veterinary supplies and equipment. 450 Alamosa Dr. ($7,500.00) | |
| | | 3 computers and veterinary supplies, 1000 Bible Way (Debtor's office) ($1000) | |
| | | Shelving, Vet Supplies, dental instruments and freezer, last known at 780 Browning $2,500.  (not added in) | $8,500.00 |
| 28. Inventory. | | EDT Inventory 780 Browning, Reno $8500 Stolen | $0.00 |
| 29. Animals. | | 1 quarterhorse gelding (Totally In Tune). ($1000) Also, Debtor is listed as registered owner of "Nunns Trouble," a quarterhorse mare, gifted to Kari Taliaferro (Karen Smith's daughter) in June of 2002 ($800). Also Debtor and Sharon Brandsness are both listed as registered owners of | |

In re: Scott Kevin Greene

| | | | | |
|---|---|---|---|---|
| | | Bunny's Flower, a quarterhorse mare. Debtor has no ownership interest in this horse ($4,000). | | $1,000.00 |
| 30. Crops— growing or harvested. give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | | 2 portable sheds and 2 shovels (Alamosa Dr, $400). Hand tools, shovels, rakes, propane tank, 2 lawn mowers and weed whacker, last known at 780 Browning Dr ($200); personal items, furniture, refrigerator, cooler ,lawn mower, painting equipment at Vista Park Storage, B-32, 2845 Vista Blvd, Sparks, NV ($400) | | $1,000.00 |
| | 1 | continuation sheets attached | Total | $34,197.00 |

Include amounts from any continuation sheets attached.
Report also on Summary of Schedules.

In re: Scott Kevin Greene

## Attachment to Schedule B  Answer #23

Vehicles Owned by Mr. Greene

| No. | Type | Miles | Value |
|---|---|---|---|
| 1 | 1953 Willys Jeep | 125k | $500.00 |
| 2 | 1969 Mercury Cougar | 100k | $1,000.00 |
| 3 | 1971 Chevy Pickup | 128k | $1,000.00 |
| 4 | 1997 Dodge Grand Caravan | 207k | $1,500.00 |
| 5 | 1976 Ideal Travel Trailer | | $1,000.00 |
| 6 | 2000 Dodge Pickup | 47k | $15,000.00 |

Vehicles owned by S. Brandsness, Debtor's mother. Debtor and Sharon Brandsness are listed as co-title holders. Debtor has no equitable interest.

| No. | Type | Location | Value |
|---|---|---|---|
| 1 | 1979 Wilkins 2 horse trailer | Fallon, NV | $800.00 |
| 2 | 1979 Miley 2 horse trailer | 450 Alamosa Dr. | $800.00 |
| 3 | 1999 Wilson stock trailer | 450 Alamosa Dr. | $5,000.00 |
| 4 | 1999 Sundowner 2 horse trailer | Las Vegas, NV | $3,500.00 |

In re: Scott Kevin Greene

## SCHEDULE C— PROPERTY CLAIMED AS EXEMPT

Debtor(s) elect(s) the exemption to which the debtor(s) is entitled under:

[ ] 11 U.S.C. §522(d)(1) Federal exemptions provided in 11 U.S.C. §522(d). Note: these exemptions are available *only in certain states*.

[X] 11 U.S.C. §522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local laws where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180 day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law. Specifically, debtor selects the exemptions of the state of Nevada.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 2000 1 ton Dodge pickup | NRS § 21.090(1)(f) | $15,000.00 | $15,000.00 |
| Clothes | NRS § 21.090(1)(b) | $400.00 | $400.00 |
| Personal items and effects, furniture. 450 Alamosa Dr. and Vista Park Storage | NRS § 21.090(1)(b) | $2,000.00 | $2,000.00 |
| Debtor's residence Alamosa Dr. (all 67 acres) | NRS § 21.090(1)(m) | $240,000.00 | $240,000.00 |
| Remington 12 Gage | NRS § 21.090(1)(i) | $200.00 | $200.00 |
| Medical Library, computers, veterinary supplies, dental instruments, office supplies, generator, freezer etc. | NRS § 21.090(1)(d) | $10,000.00 | $10,000.00 |
| Personal Library, Record Collection | NRS § 21.090(1)(a) | $750.00 | $750.00 |
| Totally In Tune (quarterhorse gelding) | NRS §21.090(1)(c) & (d) | $1000.00 | $1000.00 |

In re: Scott Kevin Greene

## SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and the last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community" (Abbreviated: H,W,J,C).

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is Disputed, place an "X" in the column labeled Disputed. You may need to place an X in more than one of these three columns.

Report the total of all claims listed on this Schedule D in the box labeled "Total" on the last sheet of the completed Schedule. Report this total also on the Summary of Schedules.

[ ] Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion If Any |
|---|---|---|---|---|---|---|---|---|
| Acct No: 8315594-001<br>Sun West Bank<br>PO Box 81710<br>Las Vegas, NV 89180 | | | 7/30/01<br>mortgage on<br>450 Alamosa Dr. | | | | $77,958.90 | |
| Acct No:<br>Sharon Brandsness<br>9677 Casper Peak Court<br>Las Vegas, NV 89117 | | | 02/23/05<br>2000 Dodge Pickup | | | | $15,000.00 | |
| TOTAL | | | | | | | $92,958.90 | |

(Report total also on Summary of Schedules)

In re: Scott Kevin Greene

### SCHEDULE E— CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code,and the last four digits of the account number, if any, of all entities holding priority claims against the debtor or property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an X in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

[ ]    **Check this box if debtor has no creditors holding unsecured claims to report on this Schedule E.**

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Extensions of credit in an involuntary case.**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐     **Wages, salaries, and commissions**

Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐     **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐     **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐     **Deposits by individuals**

In re: Scott Kevin Greene

Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐    **Alimony, Maintenance or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

X    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced after the date of adjustment.

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | H W J C | Date Claim Was Incurred, and Consideration for Claim | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Acct No:<br>IRS<br>Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89101 | | | EDT Payroll | | | | $3,000.00 | |
| Acct No:<br>IRS<br>Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89101 | | | EVC Income | | | | $3,000.00 | |
| Acct No:<br>Nevada Employment Security Division<br>500 E. Third Street<br>Carson City, NV 89713 | | | EDT employees payroll 2004 | | | | $300.00 | |
| | | | EVC payroll 2004 | | | | $100.00 | |
| Acct No:<br>Nevada Division of Taxation<br>1550 E. Collage Parkway Ste 115 | | | EVC sales tax | | | | $100.00 | |

In re: Scott Kevin Greene

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Carson City, NV 89706 | | | | | | | | |
| Washoe County Treasurer<br>PO Box 30039<br>Reno, NV 89520 | | | Annual Property Taxes,<br>450 Alamosa Dr. | | | | 0 | |
| TOTAL | | | | | | | $6500 | |

(Report total also on Summary of Schedules)

In re: Scott Kevin Greene

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address,, including zip code, , and the last four digits of any account number of all entities holding unsecured claims without priority against the debtor or property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use continuation sheets.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." You may need to place an X in more than one of these three columns. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred And Consideration for Claim If Claim is Subject to Setoff, so State | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Acct No: 5477534313860000<br>Advanta Buisness Cards<br>PO Box 8088<br>Philidelphia, PA 19101<br><br>Credit Interchange<br>80 Holtz Dr.<br>Buffalo, NY 14225 | | | EDT, Inc., credit card debt | | | | $15,364.42 |
| Acct No: 372262089602003<br>American Express<br>PO Box 297812<br>Ft. Lauderdale, FL 33329<br><br>RMA<br>880 Grier Dr.<br>LV, NV 89119 | | | EDT, Inc., credit card debt | | | | $611.82 |
| Acct No: 4339930001758897<br>Bank of America<br>275 S. Valencia<br>Brea, CA 92822<br><br>Patenaude and Felix APC | | | EVC, credit card debt | | | | $2,044.11 |

In re: Scott Kevin Greene

| | | | | | | |
|---|---|---|---|---|---|---|
| 1771 E. Flamingo Rd. Ste 112A<br>Las Vegas, NV 89119 | | | | | | |
| Acct No: 4427100011934101<br>Bank of America<br>275 S. Valencia<br>Brea, CA 92822<br><br>OSI Collection Services<br>PO Box 550690<br>Jacksonville, FL 32255 | | EDT, Inc., credit card debt | | | | $13,081.00 |
| Acct No: 5466632019271424<br>Chase<br>PO Box 50882<br>Henderson, NV 89016 | | Credit card debt | | | | $8,669.00 |
| Acct No: 58201300<br>Bosch Tool Corp.<br>1800 W. Central Rd. | | EDT credit account debt | | | | $2,967.00 |
| Acct No: 4802131778950803<br>Capital One<br>PO Box 60000<br>Seattle, WA 98190 | | EDT, revolving charge<br>account. K. Smith co-debtor. | | | | $3,818.00 |
| Acct No: 5410654475406119<br>Citibank<br>PO Box 6500<br>Sioux Falls, SD 57117 | | EDT, credit card debt. See also<br>acct. # 315061272, infra | | | | $15,800.00 |
| Acct No:<br>Cutting Edge Machining Inc.<br>1625 Linda Way<br>Sparks, NV 89431 | | EDT, Inc., revolving charge<br>account. | | | | $750.00 |
| Acct No: 4104140005423331<br>FNANB - Chase/CC<br>PO Box 78131<br>Phoenix, AZ 85062 | | EDT, Inc., credit card debt | | | | $2,138.00 |
| Acct No: 6035322006288447<br>Home Depot<br>PO Box 4536 Dept. 24<br>Carol Stream, IL 60197 | | EDT, Inc., credit card debt | | | | $1,125.00 |
| Acct No:<br>Ken Templeton<br>3311 S. Rainbow Blvd.<br>Las Vegas, NV 89146 | | January 5, 2003, personal loan | | | | $4,000.00 |
| Acct No: 5329034180017362<br>MBNA America<br>400 Christiana Rd.<br>Newark, DE 19173<br><br>National Loan Recoveries<br>2777 Summer St.<br>Stamford, CT 06905 | | EDT, Inc., credit card debt.<br>Karen  Smith co-debtor.<br>Purchased by another lender.<br>****** | | | | $15,402.00 |
| Acct No:  5490991694139128 | | EDT, Inc., credit card debt.. | | | | $27,962.00 |

In re: Scott Kevin Greene

| | | | | | | |
|---|---|---|---|---|---|---|
| MBNA America<br>400 Christiana Rd.<br>Newark, DE 19173<br><br>National Loan Recoveries<br>2777 Summer St.<br>Stamford, CT 06905 | | Karen Smith, Co-Debtor.<br>Purchased by another lender.<br>****** | | | | |
| Acct No: 5482112019031185<br>National City<br>PO Box 856176<br>Louisville, KY 40285 | | EVC, Inc., credit card debt | | | | $7,660.00 |
| Acct No: 6011648800512156<br>Office Max Credit Dept.<br>584400034192<br>PO Box 9020<br>Des Moines, IA 50368-9020 | | EDT, Inc., credit card debt | | | | $325.00 |
| Acct No:<br>Sharon Brandsness<br>9611 Casper Peak Ct.<br>Las Vegas, NV 89117 | | April, 2000. | | | | $15,000.00 |
| Acct No:<br>Sharon Brandsness<br>9611 Casper Peak Ct.<br>Las Vegas, NV 89117 | | March, 2002 | | | | $10,000.00 |
| Acct No:<br>Sharon Brandsness<br>9611 Casper Peak Ct.<br>Las Vegas, NV 89117 | | 10-1-04 Transferred one share<br>(complete ownership) in Water<br>Color Racing, LLC for<br>forgiveness of $7600 in<br>unsecured debt. | | | | $0.00 |
| Acct No:<br>Tunco Mfg. Inc.<br>PO Box 429<br>Flowery Branch, GA 30542 | | EDT, Inc., credit account | | | | $1,510.00 |
| Acct No: 4190080868709605<br>US Bank<br>332 Minnesota St.<br>Minneapolis, MN 55101<br><br>Retail Payment Solutions<br>PO Box 790084<br>St. Louis, MO 63179 | | EDT, Inc., credit card debt | | | | $5,561.25 |
| Acct No: 5474648800032156<br>Wells Fargo Bank<br>PO Box 3696<br>Portland, OR 97208 | | EDT, Inc., credit card debt | | | | $18,234.04 |
| Acct No:<br>Yarbourough & Kintop, Inc.<br>101 W. Arroyo<br>Reno, NV 89509 | | Account services | | | | $1,000.00 |
| Acct No: | | $14,800 in back salary due | | | | $0.00 |

In re: Scott Kevin Greene

| | | | | | |
|---|---|---|---|---|---:|
| Karen Smith<br>780 Browning Dr.<br>Reno, NV 89506 | | Karen traded over a year ago (August, 2004) for Debtor's horse trailer, digital video camera, and a new computer. | | | |
| Acct No:<br>Remarc Manufacturing<br>1995 Tampa St.<br>Reno, NV 89512 | | EDT, dental instruments, manufacturer in possession of instruments. | | | $4,110.00 |
| Acct. No. 1698<br>Chase Advantage<br>500 Whiteday Center Dr.<br>Newark, DE 19711 | | EDT | | | $6,726.00 |
| Acct. No. 315061272<br>Citibank NA<br>PO Box 769006<br>San Antonio, TX 78245 | | EDT | | | $4,424.00 |
| Acct. No: 403769806707<br>US Bank<br>332 Minnesota Dr.<br>St. Paul, MN 55102 | | EDT | | | $1,194.00 |
| Acct. No: 5219491790819534<br>Capitol One Bank<br>PO Box 85064<br>Glen Allen, VA 23058 | | | | | $5,662.00 |
| Rena Wells, Rena Pimpl<br>8900 Little Creek Rd.,<br>Reno, NV 89506<br><br>Lance Vanlydergraf<br>526 Lander St.<br>Reno, NV 89509 | | Summary judgment award | | | $71,000.00 |
| Mark L. Sturdivant Esq<br>801 Riverside Drive<br>Reno, NV 89503 | | Attorney Fees, appx. fee | | | $1,000.00 |
| Ian Burns<br>1575 Delucchi Lane. Ste 222<br>Reno, NV 89502 | | Patent Litigation | | | $37,763.29 |
| Lance Vanlydergraf<br>526 Lander St.<br>Reno, NV 89509 | | Attorney Fees | | | $5,000.00 |
| Geoffrey Giles<br>527 California Ave.<br>Reno, NV 89504 | | Attorney Fees | | | $2,000.00 |
| | | | | | |
| TOTAL | | | | | $311,901.93 |

In re: Scott Kevin Greene

## SCHEDULE G— EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i,e, "Purchaser," "Agent" etc. State whether the debtor is lessor or lessee of a lease.

Provide the name and complete mailing address of all other parties to each lease or contract described.

NOTE: a party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

[ ] Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential real property. State Contract Number of any Government Contract |
| --- | --- |
| Hallmark Investments<br>3100 Mill St.<br>Reno, NV 89501 | Month to month lease of Debtor's office (1000 Bible Way, Ste 69) Reno, NV 89501 |

In re: Scott Kevin Greene

## SCHEDULE H— CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse in this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of the case.

 [X] Check this box if debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Karen Smith<br>780 Browning Dr.<br>Reno, NV 89506 | MBNA America<br>400 Christiana Rd.<br>Newark, DE 19173 |
| Karen Smith<br>780 Browning Dr.<br>Reno, NV 89506 | Capital One<br>PO Box 60000<br>Seattle, WA 98190 |

In re: Scott Kevin Greene

## SCHEDULE I— CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Single | Dependents of Debtor and Spouse | | | | |
|---|---|---|---|---|---|
| | RELATIONSHIP | | | AGE | |
| | | | | | |
| | | | | | |

| EMPLOYMENT: Veterinarian | Debtor | Spouse |
|---|---|---|
| Occupation, Name of Employer: | Self - Equine Veterinary Care of Nevada - Sole proprietor | |
| How long employed: | 17 years | |
| Address of employer: | PO Box 5780 Sparks, NV 89432 | |

| Income: (Estimate of average monthly income) Current monthly gross wages, salary, and commissions (Pro rate if not paid monthly) | DEBTOR | SPOUSE |
|---|---|---|
| | $8,500.00 | |
| Estimated monthly overtime | | |
| SUBTOTAL | $8,500.00 | $0.00 |
| LESS PAYROLL DEDUCTIONS a. Payroll taxes and Social Security | | |
| b. Insurance | | |
| c. Union dues | | |
| d. Other (Specify) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $0.00 |
| Regular income from operation of business/profession/farm (attach statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance, or support payments payable to the debtor for the debtor's use or that of the dependents listed above | | |
| Social security or other governmental assistance Specify: | | |
| Pension or retirement income | | |
| Other monthly income (Specify): | | |
| TOTAL MONTHLY INCOME | $8,500.00 | $0.00 |
| TOTAL COMBINED MONTHLY INCOME | $8,500.00 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

In re: Scott Kevin Greene

### SCHEDULE J— CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

| | | | | |
|---|---|---|---|---|
| Rent, home mortgage, or mobile-home lot rent | Sun West Mortgage | | | $501.38 |
| Are real estate taxes included?  Yes ___  No ___ <br> Is property insurance included?  Yes ___  No ___ | | | | |
| Utilities <br>  Electricity and heating fuel | | | | $100.00 |
|  Water and sewer | | | | |
|  Telephone | | | | |
|  Other utilities: | Garbage disposal | | | $20.00 |
| Home Maintenance, repairs, upkeep | | | | $100.00 |
| Food | | | | $450.00 |
| Clothing | | | | $100.00 |
| Laundry, dry cleaning | | | | $25.00 |
| Medical and dental expenses | | | | $140.00 |
| Transportation (not including car payments) | | | | |
| Recreation, clubs, entertainment, newspapers, magazines | | | | $50.00 |
| Charitable contributions | | | | |
| Insurance (not deducted from wages or inc. in mortgage pmt) | | | | |
|  Homeowner's or renter's | | | | $60.00 |
|  Life | | | | |
|  Health | | | | |
|  Auto | | | | $120.00 |
|  Other insurance: | | | | |
| Taxes (not deducted from wages or included in home mortgage) Specify: | | Washoe county property taxes | | $120.00 |
| Installment payments (in Chapters 12 and 13, do not list  payments to be included in the plan) | | | | |
|  Auto payment: | Sharon Brandsness | | | $345.40 |
|  Other payment: | | | | |
| Alimony, maintenance, and support paid to others | | | | |
| Payments for support of additional dependents not living at the debtor's home | | | | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | | $6,500.00 |
| Other expenses: | | | | |
| TOTAL MONTHLY EXPENSES (report also on Summary of Schedules) | | | | $8,631.78 |
| [FOR CHAPTER 12 AND 13 DEBTORS ONLY] | | | | |
| Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval. | | | | |
| A.  Total Projected Monthly Income | | | | |

In re: Scott Kevin Greene

| Rent, home mortgage, or mobile-home lot rent | Sun West Mortgage | | $501.38 |
|---|---|---|---|
| B.  Total Projected Monthly Expenses | | | |
| C.  Excess Income (A minus B) | | | |
| D. Total Amount to be paid into Plan each | _____ | (Interval) | |

1:02 PM

10/14/05

Cash Basis

# Equine Veterinary Care of Nevada
## Expenses by Vendor Summary
### July 1, 2003 through July 1, 2004

| | Jul 1, '03 - Jul 1, 04 |
|---|---|
| AAEP | 255.00 |
| ADL | 238.50 |
| Air Sailing, Inc. | 35.00 |
| Alberts | 193.75 |
| All Tires & Wheels | 172.44 |
| American Express | 1,011.35 |
| American Vet Dental Society | 75.00 |
| American Veterinary Medical Assn. | 250.00 |
| Atlantic Mutual | 554.00 |
| AVMA-GHLIT | 5,782.18 |
| AVMA Professional Liability | 582.00 |
| Bayer Corporation | 536.88 |
| Bayer HealthCare | 536.88 |
| Best Buys | 0.00 |
| BMG Music | 49.48 |
| BRB | 510.00 |
| Burns Ranch | 1,120.00 |
| California State Automobile Association | 119.00 |
| Chevron Credit Bank | 248.20 |
| Commercial Telephone | 1,637.92 |
| County Treasurer | 148.98 |
| D&D Heating | 129.18 |
| Department of Motor Vehicles | 148.00 |
| Discover | 836.60 |
| Disposal Services | 351.47 |
| Drug Enforcement Admin | 210.00 |
| Exxon | 185.98 |
| Farmers Insurance | 1,486.00 |
| Fast Page | 120.00 |
| Fort Dodge Animal Health | 1,876.29 |
| Great Basin Equine, Inc. | 515.00 |
| Green's Feed | 701.97 |
| HL Instrument Inc. | 175.00 |
| Hoechst, David | 9,000.00 |
| Home Depot | 65.25 |
| Huff, Dr. Gerald | 313.00 |
| I.R.S. | 202.30 |
| Idexx Veterinary Services | 297.50 |
| Life Data | 251.20 |
| Mendez Hay | 1,455.00 |
| Mike Donaldson | 275.00 |
| MWI Veterinary Supply | 9,519.71 |
| Nevada Department of Taxation | 86.92 |
| Nevada High School Rodeo Association | 255.00 |
| Nevada State Health Division | 85.00 |
| Nevada Vet Med Assn. | 220.00 |
| NSA | 405.00 |
| Office Depot | 49.18 |
| Office Max | 42.94 |
| OSU Veterinary Medical Alumni Society | 35.00 |
| Petty Cash | 1,400.00 |
| Pfizer Animal Health | 598.59 |
| Plum Creek Pharmacy | 234.00 |
| Postmaster | 136.00 |
| Pro Auto Service | 1,192.41 |
| Red Rock Printing | 224.15 |
| Reno Fuel Company | 180.00 |
| Reno Heating | 140.00 |
| S. K. Greene | 9,862.26 |
| SBC | 978.15 |
| Shell | 198.28 |
| Shell Vacations Club | 184.94 |
| Sidener Physical Therapy, LLC | 431.00 |
| Sierra Pacific Power Co. | 1,242.41 |
| Silver State Horseman's Directory | 375.00 |
| Spogen, Daniel R. M.D. | 267.50 |

1:02 PM

10/14/05

Cash Basis

# Equine Veterinary Care of Nevada
## Expenses by Vendor Summary
### July 1, 2003 through July 1, 2004

|  | Jul 1, '03 - Jul 1, 04 |
| --- | ---: |
| State Farm Insurance | 32.60 |
| State of Nevada Board of Veterinary Medic | 250.00 |
| Sun Valley Stor It | 315.00 |
| Sun West Bank | 6,867.97 |
| Ted Pardick Hay Sales | 472.00 |
| The Hartford | 1,541.00 |
| Tim Sanders | 1,310.00 |
| TTI National, Inc. | 80.73 |
| U.S. Bank | 158.39 |
| United States Treasury | 3,274.25 |
| UPS | 288.40 |
| Verizon Wireless | 1,912.07 |
| Veterinary Dynamics In | 56.00 |
| Vista Park Self Storage | 1,090.00 |
| Washoe County Business License | 105.00 |
| Washoe County Clerk | 20.00 |
| Washoe County Treasurer | 1,020.19 |
| Wells Fargo Acceptance | 645.18 |
| West Valley Imaging-R | 590.70 |
| Wild Animal Infirmary For Nevada | 50.00 |
| Yarborough & Kintop, Inc. | 1,664.00 |
| **TOTAL** | **82,738.22** |

12:55 PM

10/14/05

Cash Basis

# Equine Veterinary Care of Nevada
## Profit & Loss
### July 1, 2003 through July 1, 2004

| | Jul 1, '03 - Jul 1, 04 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Fees** | |
| Consultation | 600.00 |
| **Total Fees** | 600.00 |
| **Instruction Income** | |
| Short Course - 3 Day | 3,500.00 |
| OSU 03 | 750.00 |
| NAVC 04 | 1,030.00 |
| AAEP 03 | 1,000.00 |
| AZ. Vet. Med. Assoc. 03 | 1,500.00 |
| Colburn-Walker 03 | 3,800.00 |
| Indiana 03 | 3,800.00 |
| WWVC 03 | 1,880.00 |
| **Total Instruction Income** | 17,260.00 |
| **Instruction Reimbursement** | 829.01 |
| **Interest Earned** | 2.06 |
| **Payments** | 55,851.07 |
| **Payments - Elko** | 1,387.00 |
| **ROA** | |
| Dental Services | 681.00 |
| Reproductive Services | 1,396.00 |
| Veterinary Services | 96.00 |
| ROA - Other | 10,643.51 |
| **Total ROA** | 12,816.51 |
| **Reim. EDT** | 584.52 |
| **Total Income** | 89,330.17 |
| **Expense** | |
| L.Q. Horse Trailer | 0.00 |
| **GER** | |
| **Rental** | |
| Equipment | 387.38 |
| **Total Rental** | 387.38 |
| **Total GER** | 387.38 |
| **Advertising Expense** | |
| Shell Explorer | 344.94 |
| Advertising Expense - Other | 375.00 |
| **Total Advertising Expense** | 719.94 |
| **Automobile Expense** | |
| Vehicle Payment | 645.18 |
| Fuel | 1,857.45 |
| Insurance | 1,502.60 |
| Maintenance & Repairs | 1,763.96 |
| Registration Fees | 203.00 |
| **Total Automobile Expense** | 5,972.19 |
| **Bank Service Charges** | |
| Merchant Fees | 308.24 |
| PC Banking Fee | 9.90 |
| Returned Chk Fee | 8.00 |
| Service Fee | 95.85 |
| **Total Bank Service Charges** | 421.99 |
| **Breeding/Semen Transport** | 1,120.00 |
| **Consulting Expense** | 2,300.00 |
| **Donation** | 305.00 |
| **Drugs/Meds** | 11,376.59 |
| **Dues/Membership** | 1,539.19 |

12:55 PM

10/14/05

Cash Basis

# Equine Veterinary Care of Nevada
# Profit & Loss
### July 1, 2003 through July 1, 2004

| | Jul 1, '03 - Jul 1, 04 |
|---|---|
| **Equine Maintenance** | |
| Shavings | 143.00 |
| Short Course | 1,500.00 |
| Corrals | |
| Dirt Work | 275.00 |
| **Total Corrals** | 275.00 |
| Hay | |
| Supplemental Feed | 414.01 |
| Hay - Other | 2,065.70 |
| **Total Hay** | 2,479.71 |
| Shoeing | 1,310.00 |
| **Total Equine Maintenance** | 5,707.71 |
| **Equipment Rental** | 248.59 |
| **Insurance** | |
| Life-SKG | 104.51 |
| Business Liability | 1,541.00 |
| Professional Liability | 582.00 |
| SKG - Disability | 365.00 |
| SKG - Medical | 5,306.82 |
| Work Comp. & Employee Liability | 390.00 |
| **Total Insurance** | 8,289.33 |
| **Interest Expense** | |
| Finance Charge | 1,243.17 |
| Loan Interest | 6,867.97 |
| **Total Interest Expense** | 8,111.14 |
| **Laboratory Fees** | 934.00 |
| **Licenses** | 670.00 |
| **Meals** | |
| Short Course | 33.25 |
| Meals - Other | 544.85 |
| **Total Meals** | 578.10 |
| **Medical** | |
| CO-Pay | 1,136.70 |
| Medical - Other | 152.50 |
| **Total Medical** | 1,289.20 |
| **Office Expense** | |
| Computer Hardware | 128.83 |
| Computer Software | 27.20 |
| Freight | |
| EVC | |
| AAEP 03 | 0.00 |
| Cave Creek AZ | 288.40 |
| EVC - Other | 70.60 |
| **Total EVC** | 359.00 |
| **Total Freight** | 359.00 |
| Independent Contract | 100.00 |
| Supplies | 4.29 |
| **Total Office Expense** | 619.32 |
| **Outside Services** | |
| Veterinary Services | 430.00 |
| **Total Outside Services** | 430.00 |
| **Owner's Draw** | 1,000.00 |

Page 2

12:55 PM

10/14/05

Cash Basis

# Equine Veterinary Care of Nevada
# Profit & Loss
### July 1, 2003 through July 1, 2004

|  | Jul 1, '03 - Jul 1, 04 |
|---|---|
| **Payroll Expenses** | |
| Wage | 110.00 |
| Payroll Expenses - Other | 3,849.75 |
| **Total Payroll Expenses** | 3,959.75 |
| **Petty Cash** | 800.00 |
| **Professional Fees** | |
| Accounting | 750.00 |
| Consulting | 60.00 |
| Tax Preparation | 914.00 |
| **Total Professional Fees** | 1,724.00 |
| **Reference Materials** | 84.82 |
| **Reimbursement** | |
| AAEP 03 | -158.39 |
| Reimbursement - Other | 5.94 |
| **Total Reimbursement** | -152.45 |
| **Rent** | |
| Barn | 3,600.00 |
| Office | 3,600.00 |
| P.O. Box | 136.00 |
| Storage | 1,405.00 |
| **Total Rent** | 8,741.00 |
| **Repairs** | 129.18 |
| **Salaries** | |
| Draw | 3,200.00 |
| **Total Salaries** | 3,200.00 |
| **Supplies** | |
| Equipment | 1,580.32 |
| Medical | 787.67 |
| Office | 1,046.49 |
| **Total Supplies** | 3,414.48 |
| **Taxes** | |
| Business | 23.14 |
| Federal | 74.26 |
| Futa-Unemployment Tax | 29.99 |
| Income Tax | 3,220.23 |
| Payroll | 152.07 |
| Personal Property | 41.13 |
| Property | 979.06 |
| Sales | 961.79 |
| **Total Taxes** | 5,481.67 |
| **Telephone** | |
| 4181 | 590.71 |
| 826 | 387.44 |
| Cell | 1,912.07 |
| Exchange | 1,533.10 |
| Long Distance | 80.73 |
| Pager | 224.82 |
| **Total Telephone** | 4,728.87 |
| **Travel** | |
| Petty Cash | |
| Elko 05/04 | 300.00 |
| Ely | 300.00 |
| **Total Petty Cash** | 600.00 |
| Air | |
| Indiana 03 | 21.00 |
| **Total Air** | 21.00 |

11:55 PM

10/14/05

Cash Basis

# Equine Veterinary Care of Nevada
## Profit & Loss
### July 1, 2003 through July 1, 2004

| | Jul 1, '03 - Jul 1, 04 |
|---|---|
| **Auto Rental** | |
| AZVMA 03 | 124.50 |
| OSU 03 | 44.74 |
| S.C. L. Idaho | 148.19 |
| **Total Auto Rental** | 317.43 |
| **Fees/Elko** | 510.00 |
| **Fuel** | |
| S.Francisco 04 | 29.89 |
| Elko 04 | 43.42 |
| Ely 04/04 | 64.24 |
| WVC 04 | 58.89 |
| Las Vegas 04 | 142.20 |
| Los Alamitos 03 | 56.09 |
| Bishop 03 | 95.97 |
| Colburn Walker 03 | 62.40 |
| OSU 03 | -0.35 |
| S. C. L. Idaho | 12.20 |
| VDF 03 | 69.55 |
| **Total Fuel** | 634.50 |
| **Lodging** | |
| Elko 04 | 107.80 |
| Lovelock 04 | 128.10 |
| S. Francisco | 199.00 |
| Ely 04/04 | 169.25 |
| Elko | 142.29 |
| Los Alamitos | 86.90 |
| S. C. L. Idaho | 325.03 |
| VDF 03 | 180.46 |
| **Total Lodging** | 1,338.83 |
| **Meals** | |
| Lovelock 04 | 59.78 |
| Ely 04/04 | 41.41 |
| Indiana 03 | 59.85 |
| Bishop 03 | 164.79 |
| Colburn Walker 03 | 7.52 |
| Los Alamitos | 32.84 |
| S. C. L. Idaho | 12.50 |
| **Total Meals** | 378.69 |
| **Supplies** | |
| WVC 04 | 111.49 |
| **Total Supplies** | 111.49 |
| **Total Travel** | 3,911.94 |
| **Utilities** | |
| Heating Oil | 320.00 |
| Sanatation | 351.47 |
| Gas and Electric | 1,242.41 |
| Water | 148.98 |
| **Total Utilities** | 2,062.86 |
| **Total Expense** | 90,105.79 |
| **Net Ordinary Income** | -775.62 |
| **Net Income** | **-775.62** |

In re: Scott Kevin Greene

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 25 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date _10/15/05_____     Signature _____

Date _____     Signature _____
                                                     *(Joint Debtor, if any)*

(In joint case, both debtors must sign)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, the _____(the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that I declare that they are true and correct to the best of my knowledge, information and belief.

Date _____     _____
                                                      Signature

                                          _____
                                (Print or type the name of individual signing for debtor)

                                          _____ (Title)
(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.

In re: Scott Kevin Greene

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: Scott Kevin Greene,                                    Case No._____



        Debtor(s)

STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, must also complete Questions 19-25. Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

Definitions

    "In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self employed.

    "Insider." The term "insider" includes but is not limited to: relatives of the debtor, general partners of the debtor and their relatives; corporations of which the debtor is an officer, director or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities  of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

1. Income from employment or operation of business

    State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2002 - $77,032 | EVC* |
| 2003 - $75,031 | EVC |
| 2004 - $68,738 (Through August) | EVC |

*   Equine Veterinary Care of Nevada, PO Box 5780, Sparks, NV 89436, a sole proprietorship.

In re: Scott Kevin Greene

2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment trade or profession, or operation of the debtor's business during the two years immediately preceding the commencement of the case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of each spouse whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2002 - $ 0 | EDT (Equi-Dent Technologies, Inc., a defunct Nevada Corp.) |
| 2003 - $ 0 | EDT              " |
| 2004 - $ 0 | EDT              " |

3. Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must state payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Sun West Bank PO Box 81710 Las Vegas NV 89180 | 7-29-05 9-6-05 10-4-05 | $496.59 $712.60 $501.38 | $77,958.90 |

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| none | | none | |

4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT/AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Case # CV01-02322 Equi-Dent Tech Inc. vs Rena (Pimpl) Wells, et al (counterclaim against Equi-Dent and Debtor | Claim for breach of contract and counterclaim for Patent violation | District Court Washoe County | Summary judgment awarded  on June 20, 2005 against Debtor. (case is over) |

b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS | DATE OF SEIZURE | DESCRIPTION AND VALUE OF |
|---|---|---|

In re: Scott Kevin Greene

| SEIZED | | PROPERTY |
|---|---|---|
| | | |

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to a seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE, SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated, and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME, LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION, VALUE OF PROPERTY |
|---|---|---|---|
| | | | |
| | | | |

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than  $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include

In re: Scott Kevin Greene

losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Personal property, instruments, records, and EDT's inventory. | Rights, if any, against Sharon Brandsness and Karen Smith for December 2004 loss of Debtor's personal property, instruments and records, and EDT Inc's tools and dental instruments, having a total value of $21,000. See Washoe County Sheriff's Dept Case No. WC05-9060 | December, 2004 |

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR, IF OTHER THAN DEBTOR | AMOUNT OF MONEY, OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| White Law Chartered | Oct. 2005 | $2,291.00 |

## 10. Other transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND RELATIONSHIP OF TRANSFEREE; RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | | |

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations and brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT; LAST FOUR DIGITS OF ACCOUNT NUMBER, AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| | | |

4 of 13

In re: Scott Kevin Greene

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER INSTITUTION | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
|  |  |  |  |

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
|  |  |  |

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Bob Spooner, Livermore, CA | 1965 Chevy Pick-up ($500) | Debtor's residence |
| Sharon Brandsness, 9677 Casper Peak Ct. Las Vegas, NV 89117 | 1979 Miley 2 horse trailer ($500) 1999 Wilson stock trailer ($5000) Horse carriage, corral panels, feed troughs ($1000) Cash Register, furniture ($2000) | Debtor's residence " " Vista Park Storage |
| Erik Brandsness 1850 Ellendale Rd. Reno, NV 89503 | 1972 Suzuki mini-bike (not running) $50 | Debtor's residence |
| Jack Spooner, 4195 West Seventh St. #327 Reno, NV 89503 | Tools and fishing equipment (part of stolen property) | Property last known to be at 780 Browning, Reno. |
| Joe Davies, 450 Alamosa Dr. Sparks, NV 89436 | Lawn mower engine ($100) 1984 Prowler 24' Travel Trailer ($2000) | Debtor's residence " |

## 15. Prior address of debtor

If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 780 Browning Dr. Reno, NV 89506 | Scott Greene | 7/02-7/04 |

In re: Scott Kevin Greene

16. Spouses and Former Spouses

If the debtor resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME | | | |
|------|--|--|--|
|      |  |  |  |

17. Environmental Information

For the purposes of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or materials into the air, land, soil, surface water, groundwater, or other medium, including but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined by any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and , if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|
|                       |                                       |                |                   |

b. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|
|                       |                                       |                |                   |

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION | |
|---------------------------------------|---------------|-----------------------|--|
|                                       |               |                       |  |

18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities

In re: Scott Kevin Greene

within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Equine Veterinary Care of Nevada | 88-0331237 | PO Box Sparks, NV 89432 | Veterinary Practice | 1988-Present |
| Equi-Dent Technologies Inc. | 88-0336775 | Company closes, previous address: 770 Browning Dr. Reno, NV 89506 | Veterinary Dental Supplies | 08/04/95-9/2004 |
| | | | | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS | | |
|---|---|---|---|
| | | | |

The following questions [numbers 19 - 25] are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation, a partner, other than a limited partner, of a partnership; a sole proprietor, or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records, and financial statements**

a. List all bookkeepers and accountants who within the **two** years immediately preceding the filing of this bankruptcy case, kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATE SERVICES RENDERED | | |
|---|---|---|---|
| Yarbourough and Kintop, Inc. 101 W. Arroyo St. Reno, NV 89509 | 1999-Present | | |

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and record, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES | |
|---|---|---|---|

In re: Scott Kevin Greene

|  |  | RENDERED |  |
|  |  |  |  |
|  |  |  |  |

c. List all firms or individuals who at the time of commencement of this case were in possession of the books of account or records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |  |  |
|------|---------|---|---|
| Karen Smith, in possession of records prior to 1/03 | 780 Browning St. Reno, NV 89509 |  |  |

d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |  |  |
|------------------|-------------|---|---|
|  |  |  |  |

## 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY  SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|-------------------|------------------------|-------------------------------------------------------------------|
| In August, 2004 an inventory of  the equine dental instruments that EDT, Inc. was holding for re-sale was undertaken, before this property was stolen. | Karen Smith | $8,000.00 |

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |  |  |
|-------------------|------------------------------------------------------|---|---|
| August 2004 (EDT Inc partial inventory) | Karen Smith, 780 Browning Dr., Reno, NV 89506. |  |  |

## 21. Current Partners, Officers, Directors and Shareholders

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |  |
|------------------|--------------------|------------------------|---|
|  |  |  |  |

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds, 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |  |
|------------------|-------|------------------------------------------|---|
|  |  |  |  |

## 22. Former partners, officers, directors, and shareholders

In re: Scott Kevin Greene

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL | |
|------|---------|--------------------|--|
|      |         |                    |  |

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION | |
|------------------|-------|---------------------|--|
|                  |       |                     |  |

## 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
|   |   |   |

## 24. Tax Consolidation Group

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|----------------------------|--------------------------------|
|                            |                                |

## 25. Pension Funds

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension number to which the debtor, as an employer, has been responsibe for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|----------------------|--------------------------------|
|                      |                                |

* * * * * *

*[If completed by individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: _10/15/05_            Signature _____
                            of Debtor

Date: _____       Signature _____
                            of Joint Debtor
                            (if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and

In re: Scott Kevin Greene

any attachments thereto, and that they are true to the best of my knowledge, information, and belief.

Date: _____          Signature _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ Continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571.*

**Publisher's Note:**
The "Certification and Signature of Non-attorney Bankruptcy Petition Preparer" (see 11 U.S.C. §110) which is required to be signed by a non-attorney bankruptcy petition preparer here, has been OMITTED because this product is not knowingly sold to non-attorney bankruptcy petition preparers. Bankruptcy Forms should NOT be used by non-attorney petition preparers.

In re: Scott Kevin Greene

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re   Scott Kevin Greene,


Debtor(s)                                          Case No. _____

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered.*

**Description of Property**                                **Creditor's name**

**NONE**


*b. Property to Be Retained.*                          *[Check any applicable statement]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| Debtor's home | Sun West Bank | X | | |
| Dodge pickup | Sharon Brandsness | X | | |

Date: 10/15/05

In re: Scott Kevin Greene

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re   Scott Kevin Greene

Debtor(s)                                                     Case No: _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### UNDER 11 U.S.C. 329 AND BANKRUPTCY RULE 2016(b)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, o r agreed to be paid to me, for services rendered or to be rendered on behalf o f the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $___2291.00__ |
| Prior to the filing of this statement I have received | $___2291.00___ |
| Balance Due | $_____0.00____ |

2. The source of the compensation paid to me was:      [x]      Debtor      []      Other (specify)

3. The source of compensation to be paid to me is:      []      Debtor      []      Other (specify)

4.

    x      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    []     I have agreed to share the above-disclosed compensation with a other person or persons w ho are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

  b. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

  c. [Other provisions as needed]   _____

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

  1. Any adversary proceedings (lawsuits brought by or against you in the bankruptcy);

  2. Any objections to discharge;

  3. Debtor's examination;

  4. Contested requests to turnover matters;

  5. Any objections to exemptions;

  6. Any and all actions to be contested seeking relief from the automatic stay;

  7. Appeal of any decision; and

  8. Any modification for reconsideration or modification

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: _10-15-05_

           John White, Bar  No. 1741
           White Law Chartered
           Attorneys for Debtor(s)  _

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:  Scott Kevin Greene                                CASE NO

*Debtors*                                                Chapter 7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/15/05

Scott Kevin Greene

Acct No: 5477534313860000
Advanta Buisness Cards
PO Box 8088
Phlidelphia, PA 19101

Acct No: 5477534313860000
Credit Interchange
80 Holtz Dr.
Buffalo, NY 14225

Acct No: 4339930001758897
Bank of America
275 S. Valencia
Brea, CA 92822

Acct No: 372262089602003
American Express
PO Box 297812
Ft. Lauderdale, FL 33329

Acct No: 372262089602003
RMA
880 Grier Dr.
LV, NV 89119

Acct No: 4339930001758897
Patenaude and Felix APC
1771 E. Flamingo Rd. Ste 112A
Las Vegas, NV 89119

Acct No: 4427100011934101
Bank of America
275 S. Valencia
Brea, CA 92822

Acct No: 4427100011934101
OSI Collection Services
PO Box 550690
Jacksonville, FL 32255

Acct No: 5466632019271424
Chase
PO Box 50882
Henderson, NV 89016

Acct No: 58201300
Bosch Tool Corp.
1800 W. Central Rd.

Acct No: 4802131778950803
Capital One
PO Box 60000
Seattle, WA 98190

Acct No: 5466632019271424
Chase
PO Box 50882
Henderson, NV 89016

Acct No: 5410654475406119
Citibank
PO Box 6500
Sioux Falls, SD 57117

Acct No:
Cutting Edge Machining Inc.
1625 Linda Way
Sparks, NV 89431

Acct No: 4104140005423331
FNANB - Chase/CC
PO Box 78131
Phoenix, AZ 85062

Acct No:
Home Depot
PO Box 4536 Dept. 24
Carol Stream, IL 60197

Ken Templeton
3311 S. Rainbow Blvd.
Las Vegas, NV 89146

National Loan Recovieres
2777 Summer St.
Stamford, CT 06905

Acct No: 5329034180017362
MBNA America
400 Christiana Rd.
Newark, DE 19173

Acct No: 5482112019031185
National City
PO Box 856176
Louisville, KY 40285

Acct No: 6011648800512156
Office Max Credit Dept.
584400034192
PO Box 9020
Des Moines, IA 50368-9020

Sharon Brandsness
9611 Casper Peak Ct.
Las Vegas, NV 89117

Tunco Mfg. Inc.
PO Box 429
Flowery Branch, GA 30542

Acct No: 4190080868709605
US Bank
332 Minnesota St.
Minneapolis, MN 55101

Yarbourough & Kintop, Inc.
101 W. Arroyo
Reno, NV 89509

Acct No: 5474648800032156
Wells Fargo Bank
PO Box 3696
Portland, OR 97208

Acct No: 4190080868709605
Retail Payment Solutions
PO Box 790084
St. Louis, MO 63179

Karen Smith
780 Browning Dr.
Reno, NV 89506

Acct No: 4110
Remarc Manufacturing
1995 Tampa St.
Reno, NV 89512

Acct. No. 1698
Chase Advantage
500 Whiteday Center Dr.
Newark, DE 19711

Acct. No. 315061272
Citibank NA
PO Box 769006
San Antonio, TX 78245

Acct. No: 403769806707
US Bank
332 Minnesota Dr.
St. Paul, MN 55102

Acct. No: 5219491790819534
Capitol One Bank
PO Box 85064
Glen Allen, VA 23058

Rena (Pimpl) Wells
8900 Little Creek Rd
Reno, NV 89506

Mark L. Sturdivant Esq
801 Roverside Drive
Reno, NV 89503

Ian Burns
1575 Delucchi Lane. Ste 222
Reno, NV 89502

Lance Vanlydergraf
526 Lander St.
Reno, NV 89509

Geoffrey Giles
527 California Ave.
Reno, NV 89504

Washoe County Treasurer
PO Box 30039
Reno, NV 89520

Nevada Division of Taxation
1550 E. Collage Parkway Ste 115
Carson City, NV 89706

Nevada Employment Security
Division
500 E. Third Street
Carson City, NV 89713

IRS
Stop 5028
110 City Parkway
Las Vegas, NV 89101

Acct No: 8315594-001
Sun West Bank
PO Box 81710
Las Vegas, NV 89180

Capital One
PO Box 60000
Seattle, WA 98190

MBNA America
400 Christiana Rd.
Newark, DE 19173