JOHN WHITE
Name
1741
Bar Code #
335 W. First St., Reno, NV 89503
Address
775-322-8000
Phone Number

E-filed on November 21, 2005

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

SCOTT K. GREENE,

                      Debtor.  /

Case # 05-54727 GWZ
Chapter 7

AMENDMENT TO BANKRUPTCY PETITION
(AMENDING AND SUPPLEMENTING VARIOUS SCHEDULES
AND THE STATEMENT OF FINANCIAL AFFAIRS)

Amendment(s) to the following are transmitted herewith. Check all that apply.

( ) Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)
( ) Summary of Schedules
( ) Schedule A - Real Property
(X) Schedule B - Personal Property: Amended answers to Questions 2, 7, 20 and 33 (all attached hereto).
( ) Schedule C - Property Claimed as Exempt
(X) Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    ( ) Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**
    (X) Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**: Identifying contingent debts, and indicating codebtors. Adding dates.
✱ Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor
( ) Schedule G - Schedule of Executory Contracts & Expired Leases
(X) Schedule H - Codebtors
(X) Schedule I - Current Income of Individual Debtor(s)
(X) Schedule J - Current Expenditures of Individual Debtor(s)
(X) Statement of Financial Affairs: Supplemental answers to Items 3(a), 7, 9, and 19(c). Amended answer to Item 18(a).

**Declaration of Debtor**

I declare under penalty of perjury that the information set forth in the supplements described herein are true and correct to the best of my information and belief.

*[signature]*
Debtor's Signature
Date: 11/21/05

(Revised 4/19/04)

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

In Re: SCOTT K. GREENE                                   Case No. 05-54727 GWZ

AMENDED ANSWERS TO ITEMS 2, 7, 20 AND 33 OF SCHEDULE B, EARLIER FILED HEREIN:

| *Type of Property* | *Description and Location of Property* | *Current Market Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption* |
|---|---|---|
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | Personal checking account, Bank of America | $ 107.00 |
| | Equine Veterinary Care of Nevada, P.O. Box 5780, Sparks, NV 89436, Business checking account, #542-017-770, Nevada State Bank | $1,900.00 |
| 7. Furs and jewelry. | Movado watch, 2 gold necklaces, gold tie tack, silver belt buckle | $300.00 |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | Any rights against Gary Martin (8900 Little Creek Rd., Reno, NV 89506) for wrongfully withholding Debtor's base guitar and amplifier, as well as EDT Video Footage. | The items together have a fair market value of approximately $5,000. |

*Page 1 of 9*

In Re:  SCOTT K. GREENE                                              Case No. 05-54727 GWZ

| *Type of Property* | *Description and Location of Property* | *Current Market Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption* |
|---|---|---|
| 33. Other personal property of any kind not already listed. Itemize. | 2 portable sheds and 2 shovels ($400), hand tools ($50), 2 televisions ($100), VCR ($25), kerosene heater ($25), stereo ($100) (Alamosa Dr., $700).<br><br>Hand tools, shovels, rakes, propane tank, 2 lawn mowers and weed whacker, last known at 780 Browning Dr. ($200)<br><br>Personal items, furniture, refrigerator, cooler, lawn mower, painting equipment at Vista Park Storage, B-32, 2845 Vista Blvd., Sparks, NV ($400). | $1,300.00 |

In Re:  SCOTT K. GREENE                                          Case No. 05-54727 GWZ

AMENDED ANSWERS TO SELECTED ITEMS IN SCHEDULE E, EARLIER FILED HEREIN (NO CREDITORS ARE BEING ADDED):

| Creditor's Name and Mailing Address Including Zip Code | Date Claim was Incurred, and Consideration for Claim | Total Amount of Claim |
|---|---|---|
| IRS<br>Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89101 | 2004<br>EDT payroll | $3,000.00 |
| IRS<br>Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89101 | 2004<br>EVC income | $3,000.00 |
| Nevada Division of Taxation, 1550 E. College Parkway, Ste. 115, Carson City, NV 89706 | 2004, 2005<br>EVC sales tax | $100.00 |

In Re:  SCOTT K. GREENE                                         Case No. 05-54727 GWZ

AMENDED ANSWERS TO SELECTED ITEMS IN SCHEDULE F, EARLIER FILED HEREIN (NO CREDITORS ARE BEING ADDED):

| Creditor's Name and Mailing Address Including Zip Code | Co-debtor | Date Claim was Incurred, and Consideration for Claim | Con-tingent | Total Amount of Claim |
|---|---|---|---|---|
| Advanta Business Cards<br>P.O. Box 8088<br>Philadelphia, PA 19101 | | EDT, Inc. credit card debt | X | |
| Credit Interchange<br>80 Holtz Dr.<br>Buffalo, NY 14225 | | | | $15,364.42 |
| Bosch Tool Corp.<br>1800 W. Central Rd.<br>Mt. Prospect, IL 60056 | | EDT credit account debt | X | $2,967.00 |
| Acct. No.:<br>4802-1317-7895-0803<br>Capital One<br>P.O. Box 60000<br>Seattle, WA 98190 | X | EDT, revolving charge account. K. Smith co-debtor. | | $3,818.00 |
| Cutting Edge Machining Inc., 1625 Linda Way, Sparks, NV 89431 | | EDT, Inc. revolving charge account | X | $750.00 |
| Acct. No.:<br>6035-3220-0628-8447<br>Home Depot<br>P.O. Box 4536, Dept. 24<br>Carol Stream, IL 60197 | | EDT, Inc. credit card debt | X | $1,125.00 |
| Ken Templeton<br>3311 S. Rainbow Blvd.<br>Las Vegas, NV 89146 | | January 5, 2003 personal loan to EDT | X | $4,000.00 |
| Acct. No.:<br>5329-0341-8001-7362<br>MBNA America<br>400 Christiana Rd.<br>Newark, DE 19173 | X | EDT, Inc. credit card debt. Karen Smith co-debtor. Purchased by another lender. | | |
| National Loan Recoveries<br>2777 Summer St.<br>Stamford, CT 06905 | | | | $15,402.00 |

In Re:  SCOTT K. GREENE                                              Case No. 05-54727 GWZ

| Creditor's Name and Mailing Address Including Zip Code | Co-debtor | Date Claim was Incurred, and Consideration for Claim | Con-tingent | Total Amount of Claim |
|---|---|---|---|---|
| Acct. No.: 5490-9916-9413-9128 MBNA America 400 Christiana Rd. Newark, DE 19173 National Loan Recoveries 2777 Summer St. Stamford, CT 06905 | X | EDT, Inc. credit card debt. Karen Smith co-debtor. Purchased by another lender. | | $27,962.00 |
| Acct. No.: 6011-6488-0051-2156 Office Max Credit Dept. 584400034192 P.O. Box 9020 Des Moines, IA 50368-9020 | | EDT, Inc. credit card debt | X | $325.00 |
| Tunco Mfg., Inc. P.O. Box 429 Flowery Branch, GA 30542 | | EDT, Inc. credit account | X | $1,510.00 |
| Acct. No.: 5474-6488-0003-2156 Wells Fargo Bank P.O. Box 3696 Portland, OR 97208 | | EDT, Inc. credit card debt | X | $18,234.04 |
| Remarc Manufacturing 1995 Tampa St. Reno, NV 89512 | | EDT, dental instruments; manufacturer in possession of instruments. | X | $4,110.00 |

In Re: SCOTT K. GREENE                                          Case No. 05-54727 GWZ

AMENDMENT TO SCHEDULE H, EARLIER FILED HEREIN:

The X mark in the box provided in schedule H (which says "Check this box if debtor has no codebtors") is hereby removed, since the debtor does have codebtors.

AMENDMENT TO SCHEDULE I, EARLIER FILED HEREIN:

The figure of $8,500 erroneously indicated in "Current monthly gross wages, salary, and commissions" is hereby removed, and instead properly placed in "Regular income from operation of business/profession/farm (attach statement)." The total combined monthly income remains the same.

AMENDMENT TO SCHEDULE J, EARLIER FILED HEREIN:

The amount of $501.38 erroneously supplied under "Rent, home mortgage, or mobile-home lot rent" in Schedule J is hereby corrected to $546.24. The erroneously filled out section of Schedule J which pertains only to Chapter 12 and 13 debtors, is hereby deleted.

In Re: SCOTT K. GREENE                                   Case No. 05-54727 GWZ

SUPPLEMENTAL ANSWERS TO ITEM 3(a) OF THE STATEMENT OF FINANCIAL AFFAIRS (PAYMENTS TO CREDITORS), EARLIER FILED HEREIN:

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Washoe County Treasurer<br>P.O. Box 30039<br>Reno, NV 89520 | 08/05/05 | $1,055.39 | $0.00 |
| Tom Hoyle<br>P.O. Box 1896<br>Minden, NV 89410 | 08/02/05 | $2,000.00 | $0.00 |
| MWI Veterinary Supply<br>P.O. Box 910<br>Meridian, Idaho 83680 | 8/23/05<br>9/19/05<br>10/15/05 | $3,000.00<br>$3,383.85<br>$ 800.00 | $ 800.00 |
| Odyssey Engineering<br>895 Roberta Lane, Ste. 104<br>Sparks, NV 89431 | 09/18/05 | $2,000.00 | $0.00 |

In Re: SCOTT K. GREENE                                    Case No. 05-54727 GWZ

SUPPLEMENTAL ANSWER TO ITEM 7 OF THE STATEMENT OF FINANCIAL AFFAIRS (GIFTS), EARLIER FILED HEREIN:

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|
| American Red Cross, Hurricane Disaster Relief Fund | None. | 09/02/05 | $100.00 |

SUPPLEMENTAL ANSWER TO ITEM 9 OF THE STATEMENT OF FINANCIAL AFFAIRS (PAYMENTS FOR DEBT COUNSELING OR BANKRUPTCY), EARLIER FILED HEREIN:

| Name and Address of Payee | Date of Payment, Name of Payor, if Other than Debtor | Amount of Money, or Description and Value of Property |
|---|---|---|
| Michael Lehners, Esq.<br>429 Marsh Ave.<br>Reno, NV 89509 | December, 2004 | $4,000.00 |

AMENDED ANSWER TO ITEM 18(a) OF THE STATEMENT OF FINANCIAL AFFAIRS (NATURE, LOCATION, AND NAME OF BUSINESS), EARLIER FILED HEREIN:

| Name | Taxpayer I.D. Number | Address | Nature of Business | Beginning and Ending Dates |
|---|---|---|---|---|
| Equi-Dent Technologies, Inc. | 88-0336775 | Company closed August, 2004. Previous address: 770 Browning Dr. Reno, NV 89506 | Veterinary dental supplies | 8/04/95 – 9/2004 |

In Re:  SCOTT K. GREENE                                              Case No. 05-54727 GWZ

SUPPLEMENTAL ANSWER TO ITEM 19(c) OF THE STATEMENT OF FINANCIAL AFFAIRS (BOOKS, RECORDS, AND FINANCIAL STATEMENTS), EARLIER FILED HEREIN:

| *Name* | *Address* |
|---|---|
| Yarborough & Kintop, Inc. | 101 W. Arroyo St. Reno, NV 89509 |

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee at White Law Chartered and that on this 21st day of November, 2005, I served a copy of the foregoing document entitled *Amendment to Bankruptcy Petition (Amending and Supplementing Various Schedules and the Statement of Financial Affairs)* to the interested parties, via First Class US Mail, postage prepaid, at the addresses listed below:

Office of the U.S. Trustee
300 Booth St., Rm. 2129
Reno, NV 89509

Anabelle Savage
P.O. Box 6179
Reno, NV 89513

_____
Christine O'Brien

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228