JOHN WHITE, ESQ.
Name

1741
Bar Code #

335 W. First St., Reno, NV 89503
Address

775-322-8000
Phone Number

E-filed on December 14, 2005

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

SCOTT K. GREENE,

Debtor. /

Case #05-54727 GWZ
Chapter 7

Trustee: Anabelle Savage

## SUPPLEMENT TO SCHEDULE C

**Supplement(s) to the following are transmitted herewith. Check all that apply.**

( ) Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)
( ) Summary of Schedules
( ) Schedule A - Real Property
( ) Schedule B - Personal Property
(X) Schedule C - Property Claimed as Exempt: Adding 1976 Travel Trailer earlier listed as an attachment to Schedule B.
( ) Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  ( ) Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**
  ( ) Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case,   supply missing document(s) - **no fee**
\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor
( ) Schedule G - Schedule of Executory Contracts & Expired Leases
( ) Schedule H - Codebtors
( ) Schedule I - Current Income of Individual Debtor(s)
( ) Schedule J - Current Expenditures of Individual Debtor(s)
( ) Statement of Financial Affairs

### Declaration of Debtor
I declare under penalty of perjury that the information set forth in the supplement attached hereto is true and correct to the best of my information and belief.

_____
Debtor's Signature
Date: 12/14/05

(Revised 4/19/04)

WHITE LAW CHARTERED LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

In Re: SCOTT K. GREENE                                    Case No. 05-54727 GWZ

SUPPLEMENT TO SCHEDULE C, EARLIER FILED HEREIN:

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 1976 Ideal Travel Trailer | NRS § 115.010 | $1,000.00 | $1,000.00 |

CERTIFICATE OF SERVICE

I hereby certify that I am an employee at White Law Chartered and that on this 14th day of December, 2005, I served a copy of the foregoing document entitled *Supplement to Schedule C* to the interested parties, via First Class U.S. Mail, postage prepaid, at the addresses listed below:

Office of the U.S. Trustee
300 Booth St., Rm. 2129
Reno, NV 89509

Anabelle Savage
P.O. Box 6179
Reno, NV 89513

Geoffrey L. Giles, Esq.
527 California Ave.
P.O. Box 93
Reno, NV 89504

Lance Van Lydegraf, Esq.
526 Lander St.
Reno, NV 89509

_____
Christine O'Brien

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228