JOHN WHITE, ESQ.
Name

1741
Bar Code #

335 W. First St., Reno, NV 89503
Address

775-322-8000
Phone Number

E-filed on April 26, 2005

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

SCOTT K. GREENE,

Debtor. /

Case #05-54727 GWZ
Chapter 7

Trustee: Anabelle Savage

## ERRATA TO SCHEDULE C

**Amendment(s) to the following are transmitted herewith. Check all that apply.**
( ) Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)
( ) Summary of Schedules
( ) Schedule A - Real Property
( ) Schedule B - Personal Property
(X) Schedule C - Property Claimed as Exempt: <u>The statute previously identified as providing for the claimed exemption on Debtor's residence, previously declared on Schedule C, is hereby corrected from NRS 21.090(1)(m) to NRS 21.090(1)(l).</u>
( ) Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    ( ) Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**
    ( ) Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**
✱ Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor
( ) Schedule G - Schedule of Executory Contracts & Expired Leases
( ) Schedule H - Codebtors
( ) Schedule I - Current Income of Individual Debtor(s)
( ) Schedule J - Current Expenditures of Individual Debtor(s)
( ) Statement of Financial Affairs

## Declaration of Debtor
I declare under penalty of perjury that the information set forth in the supplement attached hereto is true and correct to the best of my information and belief.

Submitted by:

JOHN WHITE, ESQ.

Debtor's Signature
Date: 4/26/06

(Revised 4/19/04)

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228