**Entered on Docket
July 27, 2006**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                                              Case No. BK-N-05-54727-GWZ

SCOTT K. GREENE,                                      Chapter 7

          Debtor.                                    **ORDER RE: DEBTOR'S CLAIM OF EXEMPTION**

_____ /

This matter came before the court May 24, 2006 upon creditor Rena Wells' Objection to the Debtor's Claim of Exemption. The parties were advised to file post-hearing briefs and the matter was continued to July 31, 2006. The court, having reviewed all the pleadings and exhibits filed, all authority cited therein and the transcript of the hearing, hereby DENIES the Objection to Debtor's Claim of Homestead Exemption and finds the Debtor's claim of homestead exemption claim to be valid under Nevada homestead law but is limited to $125,000 pursuant to 11 U.S.C. § 522(p). A Memorandum Decision setting forth the court's analysis shall be entered separately.