David Rankine, #5099
12 W. Taylor Street
Reno, NV 89509
(775) 329-6400

Michael Lehners #3331
429 Marsh Ave.
Reno, NV 89520
(775) 786-1695

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In Re:                          )   BANKRUPTCY NO. 05-54727
                                )   CHAPTER 7
                                )   **NOTICE OF APPEAL**
SCOTT GREENE                    )
                                )   Hearing Date: n/a
                                )   Hearing Time
    Debtor                      )
                                )
                                )
_____)

Comes now Scott Green, Debtor herein, and appeals to the Bankruptcy Appellate Panel for the 9th Circuit from the Order Re: Debtors Claim of Exemptions dated 7/27/06 and related Memorandum Decision on Debtors Claim of Exemption dated 7/27/06 Dockets 53 and 54. Debtor further appeals from denial of Debtors motion to Alter or Amend Judgment dated 9/15/06 Docket 67. Copies of the above documents are attached pursuant to Rule 8001(a)-1.

Parties and Counsel to this Appeal are:

Scott Green:

David Rankine #5099        Michael Lehners #3331
12 Taylor St.              429 Marsh Ave.
Reno, NV 89509             Reno, NV 89509
(775) 329-6400             (775) 786-1695

Rena Wells:

Geoffrey Giles
P.O. Box 93
Reno, NV 89509
329-4999

Annabelle Savage, Trustee:

Annabelle Savage, Trustee
P.O. Box 6179
Reno, NV 89513
775 337-2111

    Dated this 18th day of September, 06.

                                     __/s/ David Rankine_____
                                     David Rankine


                                     ___/s/__Michael Lehners___


## CERTIFICATE OF SERVICE

    I certify that a copy of this was served by ECF upon Geoffrey Giles and Trustee Annabelle Savage on this 18th day of September, 2006.

                                     __/S/__David Rankine___