DAVID RANKINE  
12 W. Taylor Street  
Reno, Nevada 89509  
Nevada Bar Number 5099  
(775) 329-6400  

MICHAEL LEHNERS  
429 Marsh Ave.  
Reno, Nevada 89509  
Nevada Bar Number 003331  
(775) 786-1695  

Appellant  
Scott K. Greene  

Filed ECF October 11, 2006  

UNITED STATES BANKRUPTCY COURT  

DISTRICT OF NEVADA  

oOo  

IN RE  

SCOTT K. GREENE,  

    Debtor(s).  
_____  

SCOTT K. GREENE,  

    Appellant  

vs.  

RENA WELLS,  

    Appellee  
_____/  

Case No. BK-N-05-54727-GWZ  
Chapter 7  

Appeal Ref 06-12  

**DESIGNATION OF ISSUES ON APPEAL**  

    Appellant, Scott K. Greene, by and through his attorneys, Michael Lehners and David Rankine hereby designates the following issues on appeal.

    1.    Was it error for the Bankruptcy Court to limit the Debtor's homestead exemption under 11 U.S.C. §522(p)

even though the Debtor had acquired the property more than 1,215 days before filing the petition?

2. Did the Bankruptcy Court err in ruling that Debtor's Homestead was an "interest" which must be acquired as a prerequisite to exemption under 11 U.S.C. §522(p)

Dated: This __11__ day of __October__, 2006

By: _____
Michael Lehners, Esq.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331

2