ECF 10/11/06

1  DAVID RANKINE, ESQ.
2  12 W. TAYLOR STREET
   RENO, NEVADA 89509
3  Bar No. 5099
   (775) 329-6400
4
5  MICHAEL LEHNERS, ESQ.
   429 MARSH AVENUE
6  RENO, NEVADA 89509
   Bar No.003331
7  (775) 786-1695

8  Attorneys for Debtor

9
                    UNITED STATES BANKRUPTCY COURT
10                        DISTRICT OF NEVADA
                                oOo
11
12 IN RE:                          )
   SCOTT GREENE                    )    BANKRUPTCY NO. 05-54727
13                                 )    CHAPTER 7
                                   )    **DESIGNATION OF RECORD**
14                                 )    **FOR APPEAL**
              Debtor,              )
15                                 )    Hearing Date :    N/A
                                   )    Hearing Time :
16                                 )    APPEAL NO. 06-12
   _____)
17

18

19      COMES NOW, Debtor, Scott Greene, by and through its attorney, Michael Lehners,

20 Esq. and files the following **DESIGNATION OF RECORD FOR APPEAL**.

21

22      1.  Chapter 7 Bankruptcy Petition filed on October 15, 2005.

23      2.  Schedules A,C & D filed on October 15, 2005.

24      3.  Amended Schedules A,C & D filed on November 21, 2005.

25      4.  Amendment to the bankruptcy petition; Supplement to Schedule C filed on

26 December 14, 2005.

27      5.  Objection to the Debtor's claim of exemptions with attachments filed on

28 April 12, 2006.

        6.  Errata to Schedule C filed on April 26, 2006.

1 |     7.  Reply in Support of Homestead Exemption and attachments filed on May 1, 2006.

3 |     8.  Reply of Rena Wells on Exemption Issue filed on May 17, 2006.

4 |     9.  Supplemental Declaration of Scott K. Greene filed on May 23, 2006 with all attachments.

6 |     10.  Transcript of the May 24, 2006 hearing (already prepaired) docket number 49.

8 |     11.  Final Brief of Rena Wells on Objection to Claim of Exemption with all attachments filed on July 21, 2006.

10 |     12.  Supplemental Brief with Certificate of Service filed on July 21, 2006.

11 |     13.  Memorandum Decision on Debtor's Claim of Exemptions filed on July 27, 2006.

13 |     14.  Order Re: Debtor's Claim of Exemptions filed on July 27, 2006.

14 |     15.  A Debtor's Motion to Alter or Amend Judgment with attachments filed on July 28, 2006.

16 |     16.  Opposition with Certificate of Service filed on August 14, 2006.

17 |     17.  A copy of the Transcripts of the hearing dated September 11, 2006 (currently on order.)

19 |     18.  Order Denying Debtor's Motion to Alter or Amend Judgment filed on September 15, 2006.

21 |     19.  A Notice of Appeal filed on September 18, 2006.

DATED this 11th day of October, 2006.

_____
Michael Lehners, Esq.

429 Marsh Avenue
Reno, Nevada 89509
Nevada Bar No. 003331
Attorney for Debtor