David Rankine, #5099
12 W. Taylor Street
Reno, NV  89509
(775) 329-6400

Michael Lehners #3331
429 Marsh Ave.
Reno, NV 89520
(775) 786-1695

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | BANKRUPTCY NO. 05-54727 |
| | ) | CHAPTER 7 |
| | ) | **AMENDED DESIGNATION OF** |
| | ) | **ISSUES ON APPEAL** |
| SCOTT GREENE | ) | |
| | ) | Hearing Date: n/a |
| | ) | Hearing Time |
| Debtor | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Comes now Scott Green, Debtor herein, through counsel and hereby amends his points on Appeal to those set forth below:

1) Was it error for the Bankruptcy Court to limit Debtor's homestead exemption under 11 USC 522(p) even though the Debtor had acquired the property more than 1,215 days before the petition?

2) Did the Bankruptcy Court err in ruling that Debtor's Homestead was an "interest" which must be acquired as a prerequisite to exemption under 11 USC §522(p).

3) Did the bankruptcy Court err in directing that the trustee or

creditors were entitled to appreciation in the value of the property occurring during either the 1215 days prior to the bankruptcy or after debtor acquired the property.

CERTIFICATE OF SERVICE

I certify that on the 24th day of October, 2006 I caused a copy of this to be hand delivered to the below counsel for the Parties.

Scott Green:

David Rankine #5099        Michael Lehners #3331
12 Taylor St.              429 Marsh Ave.
Reno, NV 89509             Reno, NV 89509
(775) 329-6400             (775) 786-1695


Rena Wells:

Jeffrey Hartman
510 W. Plumb Ln. Suite B
Reno, NV 89509

Annabelle Savage, Trustee:

William Cope
595 Humboldt St.
Reno, NV 89509

Dated this 24th day of October, 06.

__/s/ David Rankine_____
David Rankine