**Entered on Docket
November 29, 2006**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

E-filed November 24th, 2006

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>SCOTT K. GREENE.<br><br><br><br><br><br>Debtor.<br>_____/ | CASE NO. BK-N-05-54727-GWZ<br>CHAPTER 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND PAYMENT OF SALES COMMISSIONS**<br><br>Hearing Date: November 21, 2006<br>Hearing Time: 10:00 a.m. |

Anabelle G. Savage, the duly appointed, qualified and acting Trustee of the estate of the Debtor, Scott K. Greene, having filed her Motion for Order Authorizing Sale of Real Property Free and Clear of Liens and Encumbrances and Payment of Sales Commissions ("Motion") along with her Declaration in support of the Motion on October 25, 2006, service of the Motion and notice of hearing thereon having them made and given in the manner prescribed by applicable law, the Debtor, by and through his attorney, John White, Esq., having filed an opposition to the Motion on November 7, 2006, creditor, Reyna Wells ("Wells"), by and through her attorney, Jeffery L. Hartman, Esq., having filed a reply to the Debtor's opposition on November 15, 2006, the Trustee, by and through her attorney, William D. Cope., Esq., having filed her reply to the Debtor's opposition to the Motion on November 16, 2006, the Court having reviewed the Motion and all papers on file pertaining to the Motion, the minutes of other hearings and other pleadings, papers and records as noted on the record, the Motion having come on for hearing on above-captioned day and time,

COPE & GUERRA
595 Humboldt St.
Reno, NV 89509
(775) 333-0838
Fax (775) 333-6694

1

appearances of the parties having been made and the parties having been heard as noted on the record, the Court having considered all of the facts and law relative to the matter and having in previous hearings found and concluded that the Trustee has the capacity to sell the property described in the Motion on behalf of the estate of the Debtor, the Court's findings of the facts and conclusions of the law having been set forth on the record, and the Court being fully advised of the premises, and for good cause appearing, it is hereby

ORDERED that the Trustee's Motion for Order Authorizing Sale of Real Property Free and Clear of Liens and Encumbrances and Payment of Sales Commissions is hereby granted upon the terms and conditions provided herein, the Debtor's opposition to the Motion is hereby denied and the Trustee is entitled to administer the net proceeds of the sale after payment of all amounts set forth below for the benefit of the estate and its creditors subject to the prior orders of the Court entered herein pertaining to the Wells' objection to the Debtor's homestead exemption previously adjudicated in this case, and it is hereby

FURTHER ORDERED that the Trustee's sale of all that certain real property situate in the County of Washoe, State of Nevada, and commonly known as 450 Alamosa, Sparks, Nevada ("Property") to David H. and Louis C. McClenahan for the sum of $370,000.00 cash ("Sale") upon the terms and conditions set forth in the Offer and Acceptance Agreement Vacant Land ("Agreement"), which Agreement is attached to the Trustee's declaration in support of the Motion, is hereby authorized and approved, and it is hereby

FURTHER ORDERED that the Trustee hereby is authorized to take any and all steps to make, execute, acknowledge, and deliver any and all further documents, instruments and assurances on behalf of the Chapter 7 estate that any party to the Agreement, title company or successor under the Agreement may reasonably require for the purposes of giving full force and effect to the Sale, and it is hereby

FURTHER ORDERED that the Sale hereby is adjudged and decreed to be free and clear of any interest under a declaration of homestead executed by Debtor, a Deed of Trust in favor of Sun West Bank ("Bank"), and/or any outstanding real estate taxes, and it is hereby

FURTHER ORDERED that the Trustee's employment of Dickson Realty ("Dickson") as real estate broker solely for the limited purpose of the Sale hereby is authorized and approved nunc pro tunc, and it is hereby

FURTHER ORDERED that payment by Ticor Title Company or any successor thereto under the Agreement, on behalf of the Trustee, from the proceeds of the Sale: (A) the normal

COPE & GUERRA
595 Humboldt St.
Reno, NV 89509
(775) 333-0838
Fax (775) 333-6694

proration and costs of Sale in accordance with the Agreement, including real property taxes and real estate commissions in the amount of six percent of the Sale price to Dickson; and (B) the indebtedness under the Deed of Trust in favor of the Bank as provided in a properly executed demand, subject to a full reservation of rights, are hereby authorized and approved, and it is hereby

FURTHER ORDERED that payment by Ticor Title Company, or any successor thereto under the Agreement, of the balance of the proceeds remaining following the payments authorized and approved as provided hereinabove, to the Trustee to hold for the Debtor's claim of exemption against the Property in the amount of $125,000.00 pursuant to the prior orders of the Court in this case and the remaining proceeds for use and disposition for the benefit of the estate and its creditors subject to the prior orders of the Court and in accordance with the provisions of Title 11, United States Code, is hereby authorized and approved and, it is hereby

FURTHER ORDERED that this order is not stayed and the relief granted hereby shall be effective immediately upon the entry hereof, notwithstanding the provisions of Rule 6004(g) of the Federal Rules of Bankruptcy Procedure or any other provision of law.

Submitted by:

COPE & GUERRA

_/s/ William D. Cope_
William D. Cope, Esq. Attorney
for Trustee, Anabelle Savage

**Approved/Disapproved**

_____
Jeffrey Hartman, Esq.
Attorney for Creditor, Reyna Wells

**Approved/Disapproved**

_____
John White, Esq.
Attorney for Debtor, Scott K. Greene

real estate commissions in the amount of six percent of the Sale price to Dickson; and (B) the indebtedness under the Deed of Trust in favor of the Bank as provided in a properly executed demand, subject to a full reservation of rights, are hereby authorized and approved, and it is hereby

FURTHER ORDERED that payment by Ticor Title Company, or any successor thereto under the Agreement, of the balance of the proceeds remaining following the payments authorized and approved as provided hereinabove, to the Trustee to hold for the Debtor's claim of exemption against the Property in the amount of $125,000.00 pursuant to the prior orders of the Court in this case and the remaining proceeds for use and disposition for the benefit of the estate and its creditors subject to the prior orders of the Court and in accordance with the provisions of Title 11, United States Code, is hereby authorized and approved and, it is hereby

FURTHER ORDERED that this order is not stayed and the relief granted hereby shall be effective immediately upon the entry hereof, notwithstanding the provisions of Rule 6004(g) of the Federal Rules of Bankruptcy Procedure or any other provision of law.

Submitted by:

COPE & GUERRA

_____
William D. Cope, Esq. Attorney
for Trustee, Anabelle Savage

Approved/Disapproved

_____
Jeffrey Hartman, Esq.
Attorney for Creditor, Reyna Wells

Approved/Disapproved

_____
John White, Esq.
Attorney for Debtor, Scott K. Greene

1 real estate commissions in the amount of six percent of the Sale price to Dickson; and (B) the
2 indebtedness under the Deed of Trust in favor of the Bank as provided in a properly executed
3 demand, subject to a full reservation of rights, are hereby authorized and approved, and it is
4 hereby

FURTHER ORDERED that payment by Ticor Title Company, or any successor thereto
under the Agreement, of the balance of the proceeds remaining following the payments
authorized and approved as provided hereinabove, to the Trustee to hold for the Debtor's claim
of exemption against the Property in the amount of $125,000.00 pursuant to the prior orders of
the Court in this case and the remaining proceeds for use and disposition for the benefit of the
estate and its creditors subject to the prior orders of the Court and in accordance with the
provisions of Title 11, United States Code, is hereby authorized and approved and, it is hereby

FURTHER ORDERED that this order is not stayed and the relief granted hereby shall
be effective immediately upon the entry hereof, notwithstanding the provisions of Rule 6004(g)
of the Federal Rules of Bankruptcy Procedure or any other provision of law.

Submitted by:

COPE & GUERRA


_____
William D. Cope, Esq. Attorney
for Trustee, Anabelle Savage

**Approved/Disapproved**


_____
Jeffrey Hartman, Esq.
Attorney for Creditor, Reyna Wells

**Approved/Disapproved**

_____
John White, Esq.
Attorney for Debtor, Scott K. Greene