**Entered on Docket
March 01, 2007**

_____
Hon. Gregg W. Zive
**United States Bankruptcy Judge**

Jeffrey L. Hartman, Esq. #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B                    **E-Lodged 2/2?/07**
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
Email: notices@bankruptcyreno.com

Attorneys for Creditor Rena Wells

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:                                    Case No. BK-N-05-54727-GWZ

SCOTT K. GREENE,                          Chapter 7

            Debtor                        **STIPULATION RE: RELEASE OF
                                          EXEMPT PROPERTY; ORDER
                                          THEREON**

                                          **Hearing Date: 2/15/07
                                          Hearing Time: 2:00 p.m.**
_____/

     Creditor Rena Wells ("Wells"), Debtor Scott K. Greene ("Debtor") and chapter 7

trustee Anabelle Savage ("Trustee"), agree as follows:

     1. On July 27, 2006, the court entered its Memorandum Decision On Debtor's Claim

Of Exemption ("Decision").  Docket # 64.

     2. The Decision held that the Debtor is entitled to a homestead exemption of

$125,000 in accordance with 11 U.S.C. §522(p).

     3. The Debtor has appealed the Decision.  Neither Wells nor the Trustee filed a cross

appeal.  The pending appeals regarding the balance of the homestead exemption, being

District Court Case Nos 06-CV-00567 and 06-CV-00679 (BK Appeal Ref 06-12 and 06-15)

are not being settled.

4. On October 25, 2006, the Trustee filed her Motion To Sell Free and Clear Of Liens the property located at 450 Alamosa Drive, Sparks, Nevada ("Sale Motion"). Docket # 107.

5. On October 29, 2006 the court granted the Sale Motion.  Docket # 116.  The Trustee is holding the net proceeds of sale, including the $125,000 representing the Debtor's exempt proceeds.

6. Wells and the Debtor have settled adversary proceeding 06-05009.  The terms of the settlement provide that Debtor will pay Wells $95,000 from the $125,000 in exempt proceeds of sale after receipt of which, Wells will dismiss 06-05009 with prejudice.

7. The Trustee, as estate representative, has no interest in the $125,000 in exempt proceeds of sale.  Accordingly,

IT IS STIPULATED AND AGREED that upon court approval of this Stipulation, the Trustee shall immediately pay $95,000 to Rena Wells; $18,381.11 to Debtor's counsel, John White, Esq. of White Law Chartered, and the balance of $11,618.89 to Scott K. Greene. Upon receipt of the $95,000 as available funds, Wells shall file a stipulated dismissal of adv. no. 06-05009.


**HARTMAN & HARTMAN**                           **WHITE LAW CHARTERED**

_____                         _____
Jeffrey L. Hartman, Esq. for                    John White, Esq. for Scott K. Greene
Rena Wells

                                                _____
**COPE & GUERRA**                                Scott K. Greene

_____
William D. Cope, Esq. for
Anabelle Savage, Trustee


                                ####

4. On October 25, 2006, the Trustee filed her Motion To Sell Free and Clear Of Liens the property located at 450 Alamosa Drive, Sparks, Nevada ("Sale Motion"). Docket # 107.

5. On October 29, 2006 the court granted the Sale Motion. Docket # 116. The Trustee is holding the net proceeds of sale, including the $125,000 representing the Debtor's exempt proceeds.

6. Wells and the Debtor have settled adversary proceeding 06-05009. The terms of the settlement provide that Debtor will pay Wells $95,000 from the $125,000 in exempt proceeds of sale after receipt of which, Wells will dismiss 06-05009 with prejudice.

7. The Trustee, as estate representative, has no interest in the $125,000 in exempt proceeds of sale. Accordingly,

IT IS STIPULATED AND AGREED that upon court approval of this Stipulation, the Trustee shall immediately pay $95,000 to Rena Wells; $18,381.11 to Debtor's counsel, John White, Esq. of White Law Chartered, and the balance of $11,618.89 to Scott K. Greene. Upon receipt of the $95,000 as available funds, Wells shall file a stipulated dismissal of adv. no. 06-05009.

**HARTMAN & HARTMAN**

Jeffrey L. Hartman, Esq. for
Rena Wells

**COPE & GUERRA**

William D. Cope, Esq. for
Anabelle Savage, Trustee

**WHITE LAW CHARTERED**

John White, Esq. for Scott K. Greene

Scott K. Greene

####

02-22-2007   10:08am   From-20 CENTURY BLDG                7753221226        T-617  P.003   F-592

4. On October 25, 2006, the Trustee filed her Motion To Sell Free and Clear Of Liens the property located at 450 Alamosa Drive, Sparks, Nevada ("Sale Motion"). Docket # 107.

5. On October 29, 2006 the court granted the Sale Motion. Docket # 116. The Trustee is holding the net proceeds of sale, including the $125,000 representing the Debtor's exempt proceeds.

6. Wells and the Debtor have settled adversary proceeding 06-05009. The terms of the settlement provide that Debtor will pay Wells $95,000 from the $125,000 in exempt proceeds of sale after receipt of which, Wells will dismiss 06-05009 with prejudice.

7. The Trustee, as estate representative, has no interest in the $125,000 in exempt proceeds of sale. Accordingly,

IT IS STIPULATED AND AGREED that upon court approval of this Stipulation, the Trustee shall immediately pay $95,000 to Rena Wells; $18,381.11 to Debtor's counsel, John White, Esq. of White Law Chartered, and the balance of $11,618.89 to Scott K. Greene. Upon receipt of the $95,000 as available funds, Wells shall file a stipulated dismissal of adv. no. 06-05009.

**HARTMAN & HARTMAN**

_____
Jeffrey L. Hartman, Esq. for
Rena Wells


**COPE & GUERRA**

_____
William D. Cope, Esq. for
Anabelle Savage, Trustee

**WHITE LAW CHARTERED**

_____
John White, Esq. for Scott K. Greene

_____
Scott K. Greene

####

- 2 -