UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:  
Scott Kevin Greene

Case No.: 05-54727-GWZ  
Chapter: 7

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

____ Voluntary Petition (specify reason for amendment)  
_X_ Summary of Schedules  
____ Statistical Summary of Certain Liabilities  
_X_ Schedule A - Real Property  
____ Schedule B - Personal Property  
_X_ Schedule C - Property Claimed as exempt  
____ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders  
    ____ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.  
    ____ Add/change address of already listed creditor - No fee  
____ Schedule G - Executory Contracts and Unexpired Leases  
____ Schedule H - CoDebtors  
____ Schedule I - Current Income of Individual Debtor(s)  
____ Schedule J - Current Expenditures of Individual Debtor(s)  
____ Declaration Concerning Debtor's Schedules  
____ Statement of Financial Affairs and/or Declaration  
____ Chapter 7 Individual Debtor's Statement of Intention  
____ Disclosure of Compensation of Attorney for Debtor(s)  
____ Statement of Current Monthly Income and Means Test Calculation  
____ Certification of Credit Counseling  
____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 4/16/10

Debtor Scott Kevin Greene    Joint-Debtor