In re : Scott Kevin Greene

AMENDED
SCHEDULE A- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers excercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J", or "C" in the third column labeled "Husband, Wife, Joint or Community." if the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT COM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 450 Alamosa Dr. Sparks, NV 89436 Debtor's residence | Fee | | $370,000.00 [2] | $77,958.90 [1] |
| 780 Browning Dr. Reno, NV 89506 Ongoing dispute between Karen Smith (former girlfriend) and Sharon Brandsness (mother). | None (See K. Smith deposition 11/29/04 and S. Greene deposition 12/14/05, in Debtor's dismissed Chapter 13) | | 0 | 0 |
| | | | TOTAL | $77,958.90 |

---

[1] Rena Wells (Pimpl) has a disputed claim of lien against debtor's home in the approximate amount of $116,677.65
[2] Appraised for 2005 value on 4/15/10, attached as Exhibit 1.