# EXHIBIT 1

# EXHIBIT 1

# LAND APPRAISAL SUMMARY REPORT

File No.: 10041504

## SUBJECT

Property Address: 450 Alamosa Dr  City: Sparks  State: NV  Zip Code: 89441-8583
County: Washoe  Legal Description: Lot 7-1-1-1 Spanish Springs Valley Ranches Unit 1

Assessor's Parcel #: 076-290-08  Tax Year: 09/10  R.E. Taxes: $ 1,500.96  Special Assessments: $ 0.00
Market Area Name: Spanish Springs Valley Ranches  Map Reference: MLS Area 185  Census Tract: 0035.05
Current Owner of Record: KALO 2005 Trust  Borrower (if applicable): Scott K Greene
Project Type (if applicable): ☐ PUD  ☐ De Minimis PUD  ☒ Other (describe) Homeowner Association  HOA: $ 610.00  ☒ per year  ☐ per month
Are there any existing improvements to the property?  ☐ No  ☒ Yes  If Yes, indicate current occupancy:  ☐ Owner  ☐ Tenant  ☒ Vacant  ☐ Not habitable
If Yes, give a brief description: A driveway and building pad have been cleared and graded on the site.

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☐ Market Value (as defined), or ☒ other type of value (describe) Market Value as of October 1, 2005
This report reflects the following value (if not Current, see comments): ☐ Current (the Inspection Date is the Effective Date)  ☒ Retrospective  ☐ Prospective
Property Rights Appraised:  ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)
Intended Use: Establishing a market value as of 10/01/05 for the subject site.

Intended User(s) (by name or type): Scott K Greene, John A White Attorney, & Washoe County Court System.

Client: White Law Chartered  Address: 335 West 1st Street, Reno, NV 89501
Appraiser: John E. Raphel RAA  Address: P.O. Box 259, Reno, NV 89504

## MARKET AREA DESCRIPTION

| Characteristics | | | | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | | PRICE | AGE | One-Unit | 60 % | ☐ Not Likely |
| Built up: | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% | ☒ Owner 90 | $(000) | (yrs) | 2-4 Unit | % | ☐ Likely * ☒ In Process * |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☐ Tenant | 319 Low | 0 | Multi-Unit | % | * To: Single Family |
| Property values: | ☒ Increasing | ☐ Stable | ☐ Declining | ☒ Vacant (0-5%) | 850 High | 25 | Comm'l | 10 % | Residential |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | ☐ Vacant (>5%) | 520 Pred | 13 | Vacant | 30 % | |
| Marketing time: | ☐ Under 3 Mos. | ☒ 3-6 Mos. | ☐ Over 6 Mos. | | | | | % | |

### Factors Affecting Marketability

| Item | Good | Average | Fair | Poor | N/A | Item | Good | Average | Fair | Poor | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employment Stability | ☐ | ☒ | ☐ | ☐ | ☐ | Adequacy of Utilities | ☐ | ☒ | ☐ | ☐ | ☐ |
| Convenience to Employment | ☐ | ☒ | ☐ | ☐ | ☐ | Property Compatibility | ☐ | ☒ | ☐ | ☐ | ☐ |
| Convenience to Shopping | ☐ | ☒ | ☐ | ☐ | ☐ | Protection from Detrimental Conditions | ☐ | ☒ | ☐ | ☐ | ☐ |
| Convenience to Schools | ☐ | ☒ | ☐ | ☐ | ☐ | Police and Fire Protection | ☐ | ☒ | ☐ | ☐ | ☐ |
| Adequacy of Public Transportation | ☐ | ☐ | ☐ | ☒ | ☐ | General Appearance of Properties | ☐ | ☒ | ☐ | ☐ | ☐ |
| Recreational Facilities | ☐ | ☐ | ☐ | ☐ | ☒ | Appeal to Market | ☐ | ☒ | ☐ | ☐ | ☐ |

Market Area Comments: The subject is located in the Spanish Springs Valley Ranches development at the northeast end of Spanish Springs Valley, +-10 miles north of central Sparks off the Pyramid Highway. This is suburban neighborhood with home sites that vary from 10 acres to over 65 acres. The main road, Calle De La Plata, is public paved street; the other roads in the development are unpaved dedicated easements across parcels. The Spanish Springs Ranches HOA is responsible for their maintenance and assesses the annual cost to property owners.

There were 14 land sales in the subject marketing area between 10/1/04 to 11/01/05. Of the 14 sales, 3 were parcels with +-40 acres, 10 were +-10 acres, and 1 was 20 acres. There were no sales as large as the subject during that time. The median sale price of the +-10 acre sites increased 29% - from $200,000 on 10/1/04 to $257,500 on 10/20/05, a monthly average increase of 2.42%. This data will be applied in the sales comparison analysis of this report. At the time of the effective date of this report, the real estate market was strong and there was good demand in the subject marketing area, average marketing time was 114 days and average sale/list price ratio was 99%.

## SITE DESCRIPTION

Dimensions: 260' + 845.55' x 3391.31' x 735' x 3063.65'  Site Area: 67.111ac Acres
Zoning Classification: GR  Description: General Rural Min. 40 acre site Residential

Do present improvements comply with existing zoning requirements? ☐ Yes ☐ No ☒ No Improvements
Uses allowed under current zoning: Single family residential site-built or manufactured home. The site cannot be subdivided into smaller parcels.

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☒ No  Ground Rent (if applicable) $_____/____
Comments: CC&Rs expired.
Highest & Best Use as improved: ☐ Present use, or ☒ Other use (explain) Developed with a single family home or a manufactured home.

Actual Use as of Effective Date: Vacant site  Use as appraised in this report: Vacant site.
Summary of Highest & Best Use: Based on the current zoning, the highest and best use of the subject site would be as developed with a single family home.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | NV Energy/Gd | Street | Dirt | ☐ | ☒ | Frontage | Street | |
| Gas | ☐ | ☐ | None/Typical | Width | Not known | | | Topography | Moderate Upslope Hillside | |
| Water | ☐ | ☐ | Need Ind. Well | Surface | Compact dirt | | | Size | Larger than Normal | |
| Sanitary Sewer | ☐ | ☐ | Need Ind. Septic | Curb/Gutter | Culverts/ Typical | ☐ | ☒ | Shape | Irregular | |
| Storm Sewer | ☐ | ☐ | None/Typical | Sidewalk | None/Typical | ☐ | ☐ | Drainage | Away from site west | |
| Telephone | ☒ | ☐ | SBC Nevada Bell | Street Lights | None/Typical | | | View | Valley & Mountains/Typical | |
| Multimedia | ☐ | ☐ | | Alley | None/Typical | | | | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 32031C2860G  FEMA Map Date 3/16/2009
Site Comments: Subject is an oversized site with a moderate upslope from the street and average utility. The easement for Alamosa Drive runs along the south property line. A level building pad and a driveway have been cleared and graded on the site. There is view of the valley and mountains. There were no adverse conditions noted at time of inspection.

Lot sizes in Spanish Springs Valley Ranches with the topography of each site. The sites with moderate or steep upslopes are larger due to the limited utility of the steep terrain and oftentimes provide a greater degree of privacy.

GP LAND  Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPLND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE  3/2007

# LAND APPRAISAL SUMMARY REPORT

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): Washoe County Assessor's Office.

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: |
|---|---|
| Date: 05/13/1994 | |
| Price: 72,000.00 | |
| Source(s): Washoe Country Records | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT PROPERTY | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 450 Alamosa Dr Sparks, NV 89441-8583 | 530 Alamosa Drive Sparks, NV 89441 | | 746 Lintema Lane Sparks, NV 89441 | | 431 Camino De Grato Sparks, NV 89441 | |
| Proximity to Subject | | 0.42 miles SE | | 0.64 miles S | | 2.22 miles S | |
| Sale Price | $ N/A | $ | 289,000 | $ | 270,000 | $ | 288,000 |
| Price/ Acre | $ | $ 7,225.00 | | $ 27,000.00 | | $ 28,800.00 | |
| Data Source(s) Verification Source(s) | Inspection | MLS# 40013507 DOM 118 Days DOC# 3150708/Clsd Dt 12/30/04 | | MLS# 50010928 DOM 72 Days DOC# 3268665/Clsd Dt 8/26/05 | | MLS# 50014332 DOM 87 Days DOC#3296280/Clsd Dt 10/20/05 | |
| VALUE ADJUSTMENT | DESCRIPTION | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust | DESCRIPTION | +(-) $ Adjust |
| Sales or Financing Concessions | | CONV None | 0 | CASH None | | CASH None | |
| Date of Sale/Time | 10/01/05 | Cnt Dt 11/01/04 | +76,900 | Cnt Dt 7/29/05 | +13,100 | Cnt Dt 8/03/05 | +13,900 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Spanish Spmg Rnh | Spanish Sprng Rnh | | Spanish Spmg Rnh | | Spanish Sprng Rnh | |
| Site Area (in Acres) | 67.111 | 40 | 0 | 10 | +96,000 | 10 | +96,000 |
| Improvements | None | None | | None | | None | |
| Electrical Power | Yes | Yes | | Yes | | Yes | |
| | | | | | | | |
| Assessor Parcel Number | 076-290-08 | 076-360-89 | | 076-360-47 | | 534-562-02 | |
| Net Adjustment (Total, in $) | | ☒+ ☐- $ | 76,900 | ☒+ ☐- $ | 109,100 | ☒+ ☐- $ | 109,900 |
| Adjusted Sale Price (in $) | | Net 26.6 % Gross 26.6 % $ | 365,900 | Net 40.4 % Gross 40.4 % $ | 379,100 | Net 38.2 % Gross 38.2 % $ | 397,900 |

Summary of Sales Comparison Approach  A thorough search was made for comparable sales that were locationally, physically, and functionally the most similar to the subject property and the most comparable sales were selected. There were no sales over 40 acres in the subject marketing area during the 12 months preceding appraisal effective date. The subject site cannot be subdivided and has similar appeal as a 40-acre site. Market adjustments were developed through paired-sales analysis. The market change adjustment of 2.42% was based upon the statistical data from Northern Nevada Regional Multiple Listing Service. Comparables #1 & #2 offer similar upsloping hillside locations like the subject. Comparable #3 has a lower elevation level site which is more appealing to buyers for equestrian uses. Adjustments exceed 25% due to market change and size. Comparable sales #1 & #2 are given most weight in analysis for opinion of retrospective market value due to their similar topography.

## PUD

PROJECT INFORMATION FOR PUDs (If applicable)   ☐ The Subject is part of a Planned Unit Development.
Legal Name of Project:
Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $  370,000
Final Reconciliation  Market value opinion is weighted to the sales comparison approach to value because this approach reflects the interactions of buyers and sellers in the market.
This appraisal is made ☒ "as is", or ☐ subject to the following conditions:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.
Based upon an inspection of the subject property, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:
$ 370,000 , as of: 10/01/2005 , which is the effective date of this appraisal.
If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains  10  pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report, which contains the following attached exhibits:
☒ Scope of Work   ☒ Limiting cond./Certifications   ☐ Narrative Addendum   ☒ Location Map(s)   ☐ Flood Addendum   ☐ Additional Sales
☒ Photo Addenda   ☒ Parcel Map   ☐ Hypothetical Conditions   ☐ Extraordinary Assumptions   ☐

Client Contact:  John A White         Client Name:  White Law Chartered
E-Mail:  john@whitelawchartered.com    Address:  335 West 1st Street, Reno, NV 89501

## SIGNATURES

**APPRAISER**

*[signature: John E. Raphel]*

Appraiser Name:  John E. Raphel RAA
Company:  Raphel & Associates, Inc.
Phone:  (775) 829-0772     Fax:  (775) 829-0778
E-Mail:  NevadaAppraisals@hotmail.com
Date of Report (Signature):  04/16/2010
License or Certification #:  A.0000232-CR    State:  NV
Designation:  Residential Accredited Appraiser
Expiration Date of License or Certification:  6/30/2011
Inspection of Subject:  ☒ Did Inspect   ☐ Did Not Inspect (Desktop)
Date of Inspection:

**SUPERVISORY APPRAISER (If required) or CO-APPRAISER (If applicable)**

Supervisory or Co-Appraiser Name:
Company:
Phone:    Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:    State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject:  ☐ Did Inspect   ☐ Did Not Inspect
Date of Inspection:

GP LAND    Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPLND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# Assumptions, Limiting Conditions & Scope of Work

File No.: 10041504

| | | | | | |
|---|---|---|---|---|---|
| Property Address: 450 Alamosa Dr | | City: Sparks | | State: NV | Zip Code: 89441-8583 |
| Client: White Law Chartered | | Address: 335 West 1st Street, Reno, NV 89501 | | | |
| Appraiser: John E. Raphel RAA | | Address: P.O. Box 259, Reno, NV 89504 | | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a plat and/or parcel map in the appraisal report to assist the reader in visualizing the lot size, shape, and/or orientation. The appraiser has not made a survey of the subject property.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database. Possession of this report or any copy thereof does not carry with it the right of publication.

— Forecasts of effective demand for the highest and best use or the best fitting and most appropriate use were based on the best available data concerning the market and are subject to conditions of economic uncertainty about the future.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP LAND**
Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPLNDAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
3/2007

# Certifications & Definitions

File No.: 10041504

| | |
|---|---|
| Property Address: 450 Alamosa Dr | City: Sparks    State: NV    Zip Code: 89441-8583 |
| Client: White Law Chartered | Address: 335 West 1st Street, Reno, NV 89501 |
| Appraiser: John E. Raphel RAA | Address: P.O. Box 259, Reno, NV 89504 |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**




**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: John A White | Client Name: White Law Chartered |
|---|---|
| E-Mail: john@whitelawchartered.com | Address: 335 West 1st Street, Reno, NV 89501 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *(signature: John E Raphel)* | |
| Appraiser Name: John E. Raphel RAA | Supervisory or Co-Appraiser Name: |
| Company: Raphel & Associates, Inc. | Company: |
| Phone: (775) 829-0772   Fax: (775) 829-0778 | Phone:   Fax: |
| E-Mail: NevadaAppraisals@hotmail.com | E-Mail: |
| Date Report Signed: 04/16/2010 | Date Report Signed: |
| License or Certification #: A.0000232-CR   State: NV | License or Certification #:   State: |
| Designation: Residential Accredited Appraiser | Designation: |
| Expiration Date of License or Certification: 6/30/2011 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Did Inspect  ☐ Did Not Inspect (Desktop) | Inspection of Subject: ☐ Did Inspect  ☐ Did Not Inspect |
| Date of Inspection: | Date of Inspection: |

GPLAND  Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPLNDAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# Subject Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Scott K Greene | | | | | |
| Property Address | 450 Alamosa Dr | | | | | |
| City | Sparks | County | Washoe | State | NV | Zip Code 89441-8583 |
| Lender | White Law Chartered | | | | | |



**Subject Front**

450 Alamosa Dr
Sales Price          N/A
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location             Spanish Sprng Rnh
View
Site                 67.111
Quality
Age



**Subject Rear**



**Subject Street**

Form PIC3x5.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Subject Photo Page

| Borrower | Scott K Greene | | | | |
|---|---|---|---|---|---|
| Property Address | 450 Alamosa Dr | | | | |
| City | Sparks | County | Washoe | State NV | Zip Code 89441-8583 |
| Lender | White Law Chartered | | | | |



### Pipes in the Ground
450 Alamosa Dr
Sales Price         N/A
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location            Spanish Sprng Rnh
View
Site                67.111
Quality
Age



### Valley View

Plat Map

| Borrower | Scott K Greene | | | | |
|---|---|---|---|---|---|
| Property Address | 450 Alamosa Dr | | | | |
| City | Sparks | County | Washoe | State NV | Zip Code 89441-8583 |
| Lender | White Law Chartered | | | | |



Location Map

| Borrower | Scott K Greene | | | | |
|---|---|---|---|---|---|
| Property Address | 450 Alamosa Dr | | | | |
| City | Sparks | County | Washoe | State NV | Zip Code 89441-8583 |
| Lender | White Law Chartered | | | | |



## Comparable Photo Page

| Borrower | Scott K Greene | | | | |
|---|---|---|---|---|---|
| Property Address | 450 Alamosa Dr | | | | |
| City | Sparks | County | Washoe | State NV | Zip Code 89441-8583 |
| Lender | White Law Chartered | | | | |



### Comparable 1
530 Alamosa Drive
Prox. to Subject   0.42 miles SE
Sales Price        289,000
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location           Spanish Sprng Rnh
View
Site               40
Quality
Age



### Comparable 2
746 Linterna Lane
Prox. to Subject   0.64 miles S
Sales Price        270,000
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location           Spanish Sprng Rnh
View
Site               10
Quality
Age



### Comparable 3
431 Camino De Grato
Prox. to Subject   2.22 miles S
Sales Price        288,000
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location           Spanish Sprng Rnh
View
Site               10
Quality
Age

| Borrower | Scott K Greene | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 450 Alamosa Dr | | | | | |
| City | Sparks | County | Washoe | State | NV | Zip Code  89441-8583 |
| Lender | White Law Chartered | | | | | |

# APPRAISER CERTIFICATE

## STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY

NOT TRANSFERABLE          **REAL ESTATE DIVISION**          NOT TRANSFERABLE

This is to Certify That : JOHN E RAPHEL          Certificate Number: A.0000232-CR

Is duly authorized to act as a CERTIFIED RESIDENTIAL APPRAISER from the issue date to the expiration date at the business address stated herein, unless the certificate is sooner revoked, cancelled, withdrawn, or invalidated.

Issue Date: May 14, 2009                                   Expire Date: June 30, 2011

In witness whereof, THE DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION, by virtue of the authority vested in it by Chapter 645C of the Nevada Revised Statutes, has caused this Certificate to be issued with its Seal printed thereon. This certificate must be conspicuously displayed in place of business.

FOR: RAPHEL AND ASSOCIATES INC
3240 MARKRIDGE DR
RENO, NV 89509

REAL ESTATE DIVISION

GAIL J. ANDERSON
Administrator