In re: Scott Kevin Greene

# AMENDED
## SCHEDULE C— PROPERTY CLAIMED AS EXEMPT

Debtor(s) elect(s) the exemption to which the debtor(s) is entitled under:

[ ] 11 U.S.C. §522(d)(1) Federal exemptions provided in 11 U.S.C. §522(d). Note: these exemptions are available *only in certain states*.

[X] 11 U.S.C. §522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local laws where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180 day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law. Specifically, debtor selects the exemptions of the state of Nevada.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 2000 1 ton Dodge pickup | NRS § 21.090(1)(f) | $15,000.00 | $15,000.00 |
| Clothes | NRS § 21.090(1)(b) | $400.00 | $400.00 |
| Personal items and effects, furniture. 450 Alamosa Dr. and Vista Park Storage | NRS § 21.090(1)(b) | $2,000.00 | $2,000.00 |
| Debtor's residence Alamosa Dr. (all 67 acres) | NRS § 21.090(1)(m) | $240,000.00 | $370,000.00 |
| Remington 12 Gage | NRS § 21.090(1)(i) | $200.00 | $200.00 |
| Medical Library, computers, veterinary supplies, dental instruments, office supplies, generator, freezer etc. | NRS § 21.090(1)(d) | $10,000.00 | $10,000.00 |
| Personal Library, Record Collection | NRS § 21.090(1)(a) | $750.00 | $750.00 |
| Totally In Tune (quarterhorse gelding) | NRS §21.090(1)(c) & (d) | $1000.00 | $1000.00 |