John White, Esq., SB #1741
WHITE LAW CHARTERED
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SCOTT K. GREENE,<br><br><br><br><br><br><br>Debtor. | CASE NO.: BK-N-05-54727-GWZ<br><br>Chapter 7<br><br>NOTICE OF AMENDMENTS TO SCHEDULE A, REAL PROPERTY, SCHEDULE C, EXEMPTIONS, AND SUMMARY OF SCHEDULES |

PLEASE TAKE NOTICE that on April 16, 2010, SCOTT K. GREENE ("Debtor") filed the following Amended Schedules and Summary:

1. **Amended Schedule A**, "Real Property", revised as follows:

    A. Amended value of debtor's residence located at 450 Alamosa Drive, Sparks, NV 89436 from $240,000 to $370,000 as appraised on April 15, 2010 for its 2005 market value.

    B. Attached Exhibit 1, copy of April 15, 2010 appraisal.

2. **Amended Schedule C**, "Property Claimed as Exempt", revised as follows:

    A. Amended market value of debtor's residence as stated above.

*Notice of Amendments to Schedules – Page 1 of 2*

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

3. *Amended Summary of Schedules* to reflect amended total assets.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rule 1009(a), you have received this notice because you either: (i) are an interested party or creditor as reflected in the Amended Schedules; or (ii) requested special notice in the Debtors' bankruptcy case. Debtor reserves the right to further amend, modify, or supplement the Schedules.

Dated this 19 day of April, 2010.

WHITE LAW CHARTERED

_____
JOHN WHITE, ESQ.
ATTORNEY FOR DEBTOR

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

*Notice of Amendments to Schedules – Page 2 of 2*