John White, Esq. (NV SB #1741)
WHITE LAW CHARTERED
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: BK-N-05-54727-GWZ |
| SCOTT K. GREENE, | Chapter 7 |
| Debtor.    / | **CERTIFICATE OF SERVICE** |

I hereby certify that on the 16th and 19th days of April, 2010, I did serve a true and correct copy of the NOTICE OF AMENDMENTS TO SCHEDULE A, REAL PROPERTY, SCHEDULE C, EXEMPTIONS, AND SUMMARY OF SCHEDULES as follows:

   X  a. ECF System, on April 16, 2010:

WILLIAM D COPE on behalf of Attorney COPE & GUERRA
cope_guerra@yahoo.com

GEOFFREY L GILES on behalf of Creditor RENA WELLS
geofgiles@yahoo.com, giles.jeanne@gmail.com

JEFFREY L HARTMAN on behalf of Counter-Defendant RENA WELLS
notices@bankruptcyreno.com, dlg@bankruptcyreno.com

CECILIA LEE on behalf of Defendant SHARON BRANDSNESS
efile@cecilialee.net

MICHAEL LEHNERS on behalf of Debtor SCOTT GREENE
michaellehners@yahoo.com

DAVID RANKINE on behalf of Debtor SCOTT GREENE
lyrdave@yahoo.com

ANABELLE SAVAGE

*Certificate of Service – Page 1 of 2*

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503
T (775) 322-8000
F (775) 322-1228

angiesavage@sbcglobal.net, nv06@ecfcbis.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

JOHN WHITE on behalf of Counter-Claimant SCOTT GREENE
bankruptcy@whitelawchartered.com,
john@whitelawchartered.com;jen@whitelawchartered.com

__X__  b.  United States mail, postage fully prepaid, to the interested parties, on April 19th, 2010, at the addresses listed as follows:

AMERICAN EXPRESS BANK, FSB
C/O BECKET AND LEE, LLP
P.O. Box 3001
MALVERN, PA 19355-0701

COPE & GUERRA on behalf of Trustee ANABELLE SAVAGE
595 HUMBOLDT STREET
RENO, NV 89509

ECAST SETTLEMENT CORPORATION
P.O. BOX 35480
NEWARK, NJ 07193-5480

LIGHTNING AUCTIONS
870 South Rock Blvd.
Sparks, Nevada 89431

NATIONAL LOAN RECOVERIES, LLC
C/O BECKET & LEE, LLP
PO BOX 3001
MALVERN, PA 19355

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1605

U.S. BANKRUPTCY COURT
300 Booth Street
Reno, NV 89509

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 19 day of April, 2010.

Jennifer Starley, Declarant.

*Certificate of Service – Page 2 of 2*

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228