John White, Esq. (NV SB #1741)  
WHITE LAW CHARTERED  
335 West First Street  
Reno, NV 89503  
Telephone: (775) 322-8000  
Facsimile: (775) 322-1228  
john@whitelawchartered.com  
Attorney for Debtor

E-filed: April 21, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: BK-N-05-54727-GWZ |
| SCOTT K. GREENE, | Chapter 7 |
| | **SUPPLEMENTAL CERTIFICATE OF SERVICE** |
| _____ Debtor. ____/ | |

I hereby certify that on the 21st day of April, 2010, I did serve a true and correct copy of the NOTICE OF AMENDMENTS TO SCHEDULE A, REAL PROPERTY, SCHEDULE C, EXEMPTIONS, AND SUMMARY OF SCHEDULES as follows:

__X__ b. United States mail, postage fully prepaid, to the interested parties at the addresses listed as follows:

MOLOF & VOHL, on behalf of Anabelle Savage, Trustee  
301 Flint Street  
Reno, NV 89501-2005

United States Trustee  
300 Booth Street #2129  
Reno, NV 89509

Dept. of Employment, Training & Rehab  
Employment Security Division  
500 East Third Street  
Carson City, NV 89713

Nevada Department of Motor Vehicles  
Attn: Legal Division

*Supplemental Certificate of Service – Page 1 of 2*

WHITE LAW CHARTERED  
LAWYERS  
20TH CENTURY BLDG.  
335 W. FIRST STREET  
RENO, NV 89503  
T (775) 322-8000  
F (775) 322-1228

1  555 Wright Way
   Carson City, NV 89711
2
3  Internal Revenue Service
   P.O. Box 21126
   DPN 781
4  Philadelphia, PA 19114

5  Nevada Department of Taxation
   Bankruptcy Section
6  4600 Kietzke Lane, Suite L-235
   Reno, NV 89502
7
8  Washoe County Assessor
   c/o: Bankruptcy Clerk
9  P.O. Box 11130
   Reno, NV 89520-0027
10

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21 day of April, 2010.

_____
Jennifer Starley, Declarant.

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228