William D. Cope, Esq., SBN #1711
**WILLIAM D. COPE, LLP**
595 Humboldt Street
Reno, Nevada 89509
Telephone: (775) 333-0838
cope_guerra@yahoo.com

Attorney for Anabelle Savage, Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE:** | Case No. 05-54727-GWZ |
| SCOTT K. GREENE, | Chapter 7 |
| Debtor. | **SECOND AND FINAL APPLICATION FOR WILLIAM D. COPE, LLP FOR ORDER ALLOWING COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED** |
| _____/ | |
| | **Hearing Date: NOVEMBER 10, 2010** **Hearing Time: 10:00 AM** **Time Required: 5 MIN** |

William D. Cope, LLP ("Cope"), counsel for Anabelle Savage chapter 7 trustee ("Trustee") hereby makes its second and final application for an order allowing compensation for professional services rendered and reimbursement of expenses incurred ("Application"). In support of this Application, Cope respectfully represents, as follows:

**A. Introduction.**

Debtor, Scott K. Greene, ("Debtor") filed his chapter 7 case on October 15, 2005 and Anabelle Savage was appointed as trustee. On October 9, 2006, the Trustee filed her application to employ "Cope" (formerly doing business as Cope & Guerra) and an Order approving this employment was entered on October 11, 2006. On August 7, 2007 the Court entered in an Order approving Cope's First Interim Application for Compensation and Reimbursement for Expenses Incurred and pursuant to such application Cope was awarded $11,965.00 for services rendered and $626.84 for expenses incurred for a total of $12,591.84.

The professional services rendered by Cope for which it was necessary to retain said attorney include, but are not limited to:

1.     To advise the Trustee with respect to her rights, powers, duties, and obligations under 11 U.S.C. §704.

2.     To advise and represent the Trustee in connection with all applications, motions, or complaints for turnover, adequate protection, sequestration, motions for relief from stay, and all other and similar matters which might arise in the administration of this case;

3.     To prepare and file on behalf of the Trustee all reports, pleadings, applications, and similar documents, and to assist and represent Applicant in conducting all examinations or investigations necessary and incidental to the administration of this case;

4.     To review the claims of creditors and to assist and advise Applicant in connection herewith;

5.     To perform any and all other legal services for the Trustee which may be incidental and necessary to the administration of this case.

**B. Summary of Professional Services Rendered.**

Except as indicated in this Application, this Application complies in all respects to the Guidelines and the United States Trustee Guidelines for Region 17 (the "Region 17 Guidelines").

All professional services for which allowance of compensation is requested in this Application were performed by Cope on behalf of the Trustee.

**C. Summary of Compensation and Reimbursement Requested.**

By its Application, Cope seeks compensation and reimbursement for expenses incurred for the period effective date June 1, 2007 through August 31, 2010 in the total amount of $23,538.19 of which amount $22,807.50 represents compensation for professional services rendered and $730.69 represents reimbursement for expenses incurred. In addition, Cope respectfully submits that the expenses in which it seeks reimbursement are reasonable and economical and are customarily charged to non-bankruptcy clients of Cope. Expenses incurred

WILLIAM D. COPE, LLP
595 Humboldt Street
Reno, Nevada 89509
(775) 333-0838
cope_guerra@yahoo.com

-2-

by Cope to third parties are limited to the actual amounts billed or paid by Cope on behalf of the estate. A description of professional services performed by William D. Cope and the expenses for the time period June 1, 2007 through August 31, 2010 are included in the Statements that are attached hereto as Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, and U respectively.

Cope also hereby seeks approval of all fees and costs incurred through the hearing of this application. Cope will submit a supplement to this application at such hearing.

To further assist the Court and others in reviewing professional services rendered, Cope has prepared a summary of the services performed by task. Those tasks are as follows:

**General/Expenses** - Costs and expenses from June 1, 2007 through August 31, 2010 in the amount of $730.69.

**Fee/Employment Applications -** William Cope 4.1 hours @ $275.00 and 8.9 hours @ 350.00, and Melynda Mall 2.9 hours @ $125.00 and 3.3 hours @ $150.00, were expended in this category for total hours of 21.2 and total fees of $5,560.00 for professional service rendered. Cope prepared and aided the firm of Molof and Vohl in the preparation of three (3) fee applications for the prosecution of certain appeals along with orders approving the fee applications and Cope appeared at the hearings for those fee applications. Cope further prepared his first fee application, the order therefore and appeared at the hearing thereon. Cope further worked on, and prepared the instant second and final fee application.[1]

///

///

---

[1] Cope actually started working on his firm second and final fee application in late 2009 because at the time he was of the impression that matters would be settled with the Debtor and all issues in this case would be resolved and the case could then subsequently be closed. However, the Debtor failed to cooperate and resolve issues. See the Objection to Debtor's Amendments to Schedules filed concurrently herewith. After realizing that the Debtor would not settle and issues would not be resolved, Cope put the initial work on second and final fee application on hold until the present time.

WILLIAM D. COPE, LLP
595 Humboldt Street
Reno, Nevada 89509
(775) 333-0838
cope_guerra@yahoo.com

**Litigation** - William Cope 8.4 hours @ $275.00 and 41.6 hours @ 350.00, and Melynda Mall .2 hours @ $125.00 and 1.3 hours @ $150.00, and Carla DiMaggio .9 hours @ $75.00 were expended in this category for total hours of 52.4 and total fees of $17,157.50 for professional services rendered. The time spent was for the following matters:

**A.  Law suit against Debtor and the Debtor's mother, Sharon Brandsness ("Brandsness").**

Cope with the assistance of the Trustee prepared and filed a complaint for turnover of various assets against the Debtor and Brandsness ("Action").  To pursue the Action, Cope reviewed various preexisting deposition transcripts of various parties and other evidence about interests in assets that the Debtor did not schedule in his bankruptcy.  Ultimately, because the case against Brandsness would have been expensive and difficult to prove, Cope was able to reach a settlement with Brandsness who paid the estate $1,000.00.The Debtor also turned over various assets to the estate because of the Action. Cope prepared the compromise motion for the Brandsness settlement, appeared at the hearing and prepared the order approving the compromise.  Cope also prepared dismissals of the Action as to Brandsness and the Debtor. Cope necessarily spent substantial time and effort pursuing the Action, which Action should not have been necessary had the Debtor appropriately scheduled assets when he filed his bankruptcy.

**B.  Efforts to resolve issues with the Debtor.**

Both Cope and the Trustee spent substantial amounts of time with both the Debtor and his attorney in attempts to settle all issues after the prosecution of the appeal at the Ninth Circuit ("Appeal") in an attempt to cease the expenditure of unnecessary additional fees and costs. There were several times that Cope believed that all issues would be settled between the Debtor and the Trustee after conversations between the Debtor and the Trustee and Cope and Debtor's

WILLIAM D. COPE, LLP
595 Humboldt Street
Reno, Nevada 89509
(775) 333-0838
cope_guerra@yahoo.com

1  attorney.  However, the Debtor never came to terms.  Therefore, expenses and costs in
2  attempting to settle matters increased proportionately.

3      Furthermore, the Debtor amended his schedules with regard to the valuation of his
4  residence after the prosecution of the Appeal.  Such amendments caused, among other things,
5  Cope to perform research, correspond with an appraiser and Debtor's attorney, and ultimately
6  for Cope to prepare the Objection to Debtor's Amendments to Schedules ("Objection") filed
7  concurrently herewith.  Cope finally decided from a common sense standpoint, that additional
8  litigation would only serve to unnecessarily reduce the funds held by the Trustee in this case,
9  and that the best course would be to file the Objection in an attempt to cease further litigation
10  and the expenditure of further fees and costs.

11      **E. Summary**

12      The present application requesting $22,807.50 for professional services rendered and
13  $$730.69 for costs and expenses is Cope's second and final request for compensation in this
14  case.  Cope will submit a supplement for compensation through to the date of the hearing of this
15  application.

16      Subject to subsequent approval by this Court under 11 U.S.C. § 329 and § 330, the terms
17  of the employment of Cope are as follows:   The Trustee agreed to compensate Cope on an
18  hourly basis at the rates customarily charged by the attorneys and legal assistants who render
19  professional services in this case, including periodic adjustments to those rates to reflect
20  economic and other conditions, and, on occasion, to reflect each attorney's and legal assistant's
21  increased experience and expertise in the area of bankruptcy law.

22      Cope believes that his rates are within the normal hourly rates charged by other
23  professionals on matters of the types involved in this case.  On the basis of the time expended,
24  the nature, extent and value of the service and the costs of comparable services in matters other

25
26
27
28

WILLIAM D. COPE, LLP
595 Humboldt Street
Reno, Nevada 89509
(775) 333-0838
cope_guerra@yahoo.com

than a case under the Code, Cope believes the compensation he is seeking is reasonable.

William D. Cope, as well as his para-professionals, are requesting fees at the following hourly rates[2]:

| William D. Cope | $275.00- $350.00/hr. |
| Legal Assistants: | $ 75.00 – $150.00/hr. |

No agreement or understanding exists between Cope and any other person or entity for the sharing of the compensation sought herein.

**WHEREFORE**, Cope requests that the Court enter an order as follows:

(a)  awarding to it the total amount of $23,538.19 of which amount $22,807.50 represents compensation for professional services rendered and $730.69 represents expenses incurred;

(b)  for such other and further relief as to this Court is just and proper.

DATED this 21 day of September, 2010.

WILLIAM D. COPE, LLP

/s/ William D. Cope
William D. Cope, Esq.
Attorney for Anabelle Savage, Trustee

Anabelle Savage, Trustee

---

[2]  Cope periodically reviews and adjusts billing rates for its professionals.

# EXHIBIT "A"

The Law Offices of
# William D. Cope
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV   89513

History  6/30/2007

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| Professional Services Rendered at $275.00 per Hour | | | |
| 06/14/2007 | WDC Fee/Employment Applications: Commence work on Fee Application for Robert Vohl, special appellate counsel | 0.50 | 137.50 |
| 06/18/2007 | WDC Fee/Employment Applications: Complete first draft of Robert Vohl Fee Application (1.3); Work on Cope & Guerra Fee Application (.8) | 2.10 | 577.50 |
| 06/18/2007 | WDC Fee/Employment Applications: Complete dictation of first draft of Cope Fee Application and instructions to paralegal (.5); Proof and revision of Molof and Vohl Fee Application (.8) | 1.30 | 357.50 |
| 06/20/2007 | WDC Fee/Employment Applications: Final proof and revision of Cope Fee Application | 0.40 | 110.00 |
| Professional Services Rendered at $125.00 per Hour | | | |
| 06/19/2007 | MM Fee/Employment Application: Calculation of fees, costs and hours for Molof, Vohl and Cope Applications | 2.00 | 250.00 |
| 06/20/2007 | MM Fee/Employment Applications: Finalize Certificates, Applications and Notices for filing | 0.30 | 37.50 |
| 06/27/2007 | MM Fee/Employment Applications: E-filing of Applications, Notices and Certificates for Molof, Vohl and Cope | 0.30 | 37.50 |
| Total Professional Services Rendered | | 6.90 | 1507.50 |
| Costs Advanced | | | |
| 06/30/2007 | Administrative copy charges | | 51.60 |
| 06/30/2007 | Reno/Carson Messenger Service | | 5.70 |
| Total Costs Advanced | | | 57.30 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|--------------------------|----------------------|------------------------|-------------------------|-----------------------|------------------|
| $0.00 | $1,507.50 | $57.30 | $0.00 | $0.00 | $1,564.80 |
| Current Trust Account Balance        $0.00 | | | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "B"

The Law Offices of
## William D. Cope
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV  89513

History  7/31/2007

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|---|---|---|---|
| Professional Services Rendered at $275.00 per Hour | | | |
| 07/30/2007 | WDC Fee/Employment Applications: Telephone conference with Bob Vohl re: preparation for fee application hearing | 0.30 | 82.50 |
| 07/31/2007 | WDC Fee/Employment Applications: Proof and revision of Fee Application Orders prepared by paralegal (.2); Prepare for Cope and Vohl fee application hearings (.3); Appear at hearing (.8) | 1.30 | 357.50 |
| | Total Professional Services Rendered | 1.60 | 440.00 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|---|---|---|---|---|---|
| $1,564.80 | $440.00 | $0.00 | $0.00 | $0.00 | $2,004.80 |

| Current Trust Account Balance | $0.00 |
|---|---|

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "C"

The Law Offices of
## William D. Cope
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694


Anabelle Savage
P.O. Box 6179
Reno, NV  89513

History  8/31/2007


Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| Professional Services Rendered at $125.00 per Hour | | | |
| 07/30/2007 | Fee/Employment Applications: Preparation of Order for trustee's review; Organization of file in preparation for court hearing | 0.30 | 37.50 |
| | Total Professional Services Rendered | 0.30 | 37.50 |
| Costs Advanced | | | |
| 08/03/2007 | Reno/Carson Messenger Service | | 1.90 |
| | Total Costs Advanced | | 1.90 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|--------------------------|----------------------|------------------------|-------------------------|-----------------------|------------------|
| $2,004.80 | $37.50 | $1.90 | $0.00 | $0.00 | $2,044.20 |
| Current Trust Account Balance         $0.00 | | | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "D"

The Law Offices of
## William D. Cope
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV   89513

History  9/30/2007

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| **Professional Services Rendered at $275.00 per Hour** | | | |
| 09/21/2007 | Litigation: Telephone conference with trustee re: strategy for pursuing claims against debtor's mother and claim objections; Dictation | 0.30 | 82.50 |
| 09/28/2007 | Litigation: Telephone conference with trustee's office re: turnover complaint against debtor's mother | 0.10 | 27.50 |
| | Total Professional Services Rendered | 0.40 | 110.00 |
| **Costs Advanced** | | | |
| 09/28/2007 | Administrative copy charges | | 2.70 |
| | Total Costs Advanced | | 2.70 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|--------------------------|----------------------|------------------------|-------------------------|-----------------------|------------------|
| $2,044.20 | $110.00 | $2.70 | $0.00 | $0.00 | $2,156.90 |
| Current Trust Account Balance        $0.00 | | | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "E"

Savage, Anabelle | Anabelle Savage

P.O. Box 6179
Reno, NV  89513
Re: Trustee Representation Re: Greene/Case #05-54727

William D. Cope
Attorney WDC
Case Type  RC-
File 2060906
History 10/31/2007

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Professional Services Rendered at $275.00 per Hour** | | |
| 10/01/2007 | Litigation: Telephone conference with Angie Savage re: action against debtor's mother and debtor (.3); Commence review of notes and deposition transcripts to list all potential recoverable assets (.9) | 1.20 | 330.00 |
| 10/02/2007 | Claims Administration & Objections: Telephone conference with Jeff Hartman re: various claim objections | 0.20 | 55.00 |
| 10/02/2007 | Litigation: Continue review of notes and documents for turnover action (1.0); Dictation of memo to trustee re: same (.9); Proof and revision of memo (.4) | 2.30 | 632.50 |
| 10/04/2007 | Litigation: Review information from trustee re: recoverable assets and telephone conference with trustee's office re: same (.1); Dictation of Turnover Complaint (.5) | 0.70 | 192.50 |
| 10/08/2007 | Litigation: Dictation of letter to John White (.2); Telephone conference with trustee re: same (.2) | 0.40 | 110.00 |
| 10/09/2007 | Litigation: Retrieve voicemail and e-mail from trustee re: assets for Turnover Complaint (.2); Telephone conference with trustee re: same (.3) | 0.50 | 137.50 |
| 10/10/2007 | Litigation: Proof and revision of Turnover Complaint and add property to be turned over per conference with trustee | 0.60 | 165.00 |
| 10/11/2007 | Litigation: Finalize Complaint; Edit letter to John White re: same and prepare instructions to paralegal | 0.50 | 137.50 |
| 10/15/2007 | Litigation: Telephone conference with Cissy Rosenauer re: Sharon Brandsness | 0.30 | 82.50 |
| | **Professional Services Rendered at $125.00 per Hour** | | |
| 10/11/2007 | Prepare and transmit Order to Angie Savage | 0.20 | 25.00 |
| | Total Professional Services Rendered | 6.90 | 1867.50 |

**Costs Advanced**

| | | | |
|------|-------------|-------|--------|
| 10/01/2007 | Pacer - internet research charges | | 3.40 |
| 10/08/2007 | Filing fee for Complaint | | 260.00 |
| 10/31/2007 | Administrative copy charges | | 6.90 |
| | Total Costs Advanced | | 270.30 |

**Payments**

| | | | |
|------|-------------|-------|--------|
| 10/15/2007 | Payment on Account - Thank You (filing fee) | | 260.00 |
| | Total Payments | | 260.00 |

Savage, Anabelle
Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|

| | | | |
|------|-------------|-------|--------|
| Prev Fee Balance | 2095.00 | Cum Hours | 16.10 |
| Prev Cost Balance | 61.90 | Cum Fees | 3962.50 |
| Cur Fees Charged | 1867.50 | Cum Costs | 332.20 |
| Cur Costs Advanced | 270.30 | Cum Trust Rec | 0.00 |
| Other Charges/Credits | 0.00 | Cum Trust Dis | 0.00 |
| Less Payments | 260.00 | Cur Trust Bal | 0.00 |
| Total Amount Due | 4034.70 | Last Payment date | 10/15/2007 |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "F"

The Law Offices of
# William D. Cope
595 Humboldt Street
Reno, Nevada  89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV  89513

History 11/30/2007

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| Professional Services Rendered at $275.00 per Hour | | | |
| 11/05/2007 | Fee/Employment Applications: Proof and revision of Fee Application prepared by Robert Vohl for appeal service rendered on behalf of trustee and instructions to paralegal | 0.20 | 55.00 |
| 11/20/2007 | Litigation: Review Rosenauer letter and accompanying documents re: Savage and Brandesness and dictation of letters to trustee and Rosenauer, and instructions to paralegal (.6); Edit letters (.1) | 0.70 | 192.50 |
| Total Professional Services Rendered | | 0.90 | 247.50 |

| Previous Balance Forward $4,034.70 | Current Fees Charged $247.50 | Current Costs Advanced $0.00 | Other Charges & Credits $0.00 | Less Payment Received $0.00 | Total Amount Due $4,282.20 |
|---|---|---|---|---|---|
| | | Current Trust Account Balance | | $0.00 | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "G"

The Law Offices of
# William D. Cope
595 Humboldt Street
eno, Nevada    89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

nabelle Savage
O. Box 6179
eno, NV   89513

History 12/31/2007

: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|---|---|---|---|
| ofessional Services Rendered at $275.00 per Hour | | | |
| 2/04/2007 | Litigation: Retrieve voicemail from John White and telephone conferences with White (.3), and Cissy Rosenauer re: status of lawsuit (.3) | 0.60 | 165.00 |
| | Total Professional Services Rendered | 0.60 | 165.00 |

*Effective 01/01/08 Mr. Cope's hourly rate will be $350.00 & paralegal services will
e $150.00 per hour.

| ious ce Forward 82.20 | Current Fees Charged $165.00 | Current Costs Advanced $0.00 | Other Charges & Credits $0.00 | Less Payment Received $0.00 | Total Amount Due $4,447.20 |
|---|---|---|---|---|---|
| | Current Trust Account Balance | | $0.00 | | |

OFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "H"

The Law Offices of
## William D. Cope
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV  89513

History  1/31/2008

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|---|---|---|---|
| **Professional Services Rendered at $350.00 per Hour** | | | |
| 01/14/2008 | Litigation: Retrieve voicemail from client and telephone conference with client | 0.30 | 105.00 |
| 01/15/2008 | Litigation: Dictation and edit of Stipulation to Continue Scheduling Conference in Savage v. Greene and prepare letter to John White and Cissy Rosenauer | 0.40 | 140.00 |
| 01/17/2008 | Litigation: Telephone conference with Cissy Rosenauer re: possible settlement of Brandsness part of action | 0.30 | 105.00 |
| 01/23/2008 | Litigation: Telephone conference with Cissy Rosenauer re: settlement of suit | 0.20 | 70.00 |
| **Professional Services Rendered at $150.00 per Hour** | | | |
| 01/04/2008 | Fee/Employment Applications: Prepare, edit and forward Vohl second fee application Notice, Certificate and Order | 2.00 | 300.00 |
| 01/10/2008 | Fee/Employment Applications: Prepare, copy and file fee application for Molof & Vohl; Courtesy copies to chambers, U.S. Trustee and Chapter 7 Trustee | 1.00 | 150.00 |
| Total Professional Services Rendered | | 4.20 | 870.00 |
| **Costs Advanced** | | | |
| 01/10/2008 | Administrative copy charges | | 109.80 |
| 01/10/2008 | Administrative postage charges | | 1.23 |
| 01/10/2008 | Reno/Carson Messenger Service | | 7.60 |
| Total Costs Advanced | | | 118.63 |

| Previous Balance Forward $4,447.20 | Current Fees Charged $870.00 | Current Costs Advanced $118.63 | Other Charges & Credits $0.00 | Less Payment Received $0.00 | Total Amount Due $5,435.83 |
|---|---|---|---|---|---|
| | Current Trust Account Balance | | $0.00 | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "I"

The Law Offices of
**William D. Cope**
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV  89513

History  2/28/2008

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| | Professional Services Rendered at $350.00 per Hour | | |
| 02/19/2008 | Fee/Employment Applications: Proof of second fee application of Molof & Vohl | 0.20 | 70.00 |
| 02/26/2008 | Fee/Employment Applications: Prepare for Vohl fee application hearing and prepare fax transmittal to U.S. Trustee's office re: same (.3); Appear at fee application hearing (.7) | 1.00 | 350.00 |
| 02/29/2008 | Litigation: Retrieve voicemail from Cissy Rosenauer and telephone conference with Cissy's office re: settlement of lawsuit re: debtor's motion (.2); Dictation of memo to paralegal re: settlement of lawsuit v. debtor (.1) | 0.30 | 105.00 |
| | Total Professional Services Rendered | 1.50 | 525.00 |

| Previous Balance Forward $5,435.83 | Current Fees Charged $525.00 | Current Costs Advanced $0.00 | Other Charges & Credits $0.00 | Less Payment Received $0.00 | Total Amount Due $5,960.83 |
|---|---|---|---|---|---|
| | | Current Trust Account Balance     $0.00 | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "J"

The Law Offices of
# William D. Cope
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV   89513

History  3/31/2008

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Professional Services Rendered at $350.00 per Hour** | | |
| 03/25/2008 | Litigation: Telephone conference with client re: settlement strategy with debtor; Telephone conference with Cissy Rosenauer re: settlement with Brandsness; Dictation of Settlement Agreement with Brandsness, letter to Rosenhauer, and instructions to paralegal | 1.10 | 385.00 |
| | Total Professional Services Rendered | 1.10 | 385.00 |
| | **Costs Advanced** | | |
| 03/11/2008 | Administrative copy charges | | 5.40 |
| 03/31/2008 | Administrative postage charges | | 2.40 |
| | Total Costs Advanced | | 7.80 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|--------------------------|----------------------|------------------------|-------------------------|-----------------------|------------------|
| $5,960.83 | $385.00 | $7.80 | $0.00 | $0.00 | $6,353.63 |
| Current Trust Account Balance | | $0.00 | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "K"

The Law Offices of
**William D. Cope**
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV  89513

History  4/30/2008

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| **Professional Services Rendered at $350.00 per Hour** | | | |
| 04/01/2008 | Litigation: Proof and revision of Settlement Agreement with Brandsness and correspondence to C. Rosenauer; Finalize Agreement | 0.40 | 140.00 |
| 04/09/2008 | Litigation: Telephone conference with trustee's office re: status of information for resolving issues with debtor | 0.20 | 70.00 |
| 04/30/2008 | Litigation: Appear at scheduling conference | 0.70 | 245.00 |
| **Professional Services Rendered at $150.00 per Hour** | | | |
| 04/02/2008 | Litigation: Telephone conference with trustee's office re: needed information concerning non-exempt assets | 0.20 | 30.00 |
| 04/08/2008 | Litigation: Telephone conference with trustee's office re: needed information concerning non-exempt assets | 0.20 | 30.00 |
| | Total Professional Services Rendered | 1.70 | 515.00 |

Costs Advanced

| | | | |
|------|-------------|-------|--------|
| 04/30/2008 | Administrative copy charges | | 7.20 |
| | Total Costs Advanced | | 7.20 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|--------------------------|----------------------|------------------------|-------------------------|-----------------------|------------------|
| $6,353.63 | $515.00 | $7.20 | $0.00 | $0.00 | $6,875.83 |
| Current Trust Account Balance          $0.00 | | | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "L"

The Law Offices of
**William D. Cope**
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV   89513

History  6/30/2008

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| Professional Services Rendered at $350.00 per Hour | | | |
| 06/11/2008 | Litigation: Conference with Cissy Rosenauer and telephone conference with trustee's office re: settlement issues | 0.20 | 70.00 |
| 06/18/2008 | Litigation: Revise purposed Settlement Agreement with Brandsness and instructions to paralegal re: transmittal to Cissy Rosenauer | 0.40 | 140.00 |
| Total Professional Services Rendered | | 0.60 | 210.00 |
| Costs Advanced | | | |
| 06/30/2008 | Administrative copy charges | | 1.80 |
| Total Costs Advanced | | | 1.80 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|--------------------------|----------------------|------------------------|-------------------------|-----------------------|------------------|
| $6,875.83 | $210.00 | $1.80 | $0.00 | $0.00 | $7,087.63 |
| Current Trust Account Balance        $0.00 | | | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "M"

The Law Offices of
**William D. Cope**
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV   89513

History 7/31/08

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| | Professional Services Rendered at $350.00 per Hour | | |
| 07/28/2008 | Litigation: Telephone conference with trustee re: status of agreement with debtor | 0.20 | 70.00 |
| | Total Professional Services Rendered | 0.20 | 70.00 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|---|---|---|---|---|---|
| $7,087.63 | $70.00 | $0.00 | $0.00 | $0.00 | $7,157.63 |
| Current Trust Account Balance        $0.00 | | | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

EXHIBIT "N"

The Law Offices of
**William D. Cope**
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV   89513

History 9/30/08

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| Professional Services Rendered at $350.00 per Hour | | | |
| 09/19/2008 | Litigation: Telephone conference with Cecilia Lee and client's office re: the proposed settlement | 0.40 | 140.00 |
| | Total Professional Services Rendered | 0.40 | 140.00 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|------|------|------|------|------|------|
| $7,157.63 | $140.00 | $0.00 | $0.00 | $0.00 | $7,297.63 |
| Current Trust Account Balance | | $0.00 | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "O"

The Law Offices of
## William D. Cope
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV   89513

History 12/31/08

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| Professional Services Rendered at $350.00 per Hour | | | |
| 12/01/2008 | Litigation: Retrieve voicemail from Bob Vohl re: appeal argument (.1); Research appeal issues to determine whether to purpose settlement (.7) | 0.80 | 280.00 |
| 12/02/2008 | Litigation: Two telephone conferences with Bob Vohl re: strategy for appeal and possible settlement | 0.50 | 175.00 |
| 12/03/2008 | Litigation: Telephone conference with trustee's office re: appeal and settlement issues (.2); Telephone conference with Bob Vohl re: same (.2) | 0.40 | 140.00 |
| Professional Services Rendered at $150.00 per Hour | | | |
| 12/01/2008 | Litigation: Telephone conference with Bob Vohl re: appeals matter | 0.20 | 30.00 |
| | Total Professional Services Rendered | 1.90 | 625.00 |
| Costs Advanced | | | |
| 12/01/2008 | Westlaw - internet research charges | | 100.00 |
| 12/31/2008 | Administrative copy charges | | 5.70 |
| | Total Costs Advanced | | 105.70 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|-------------------------|---------------------|------------------------|------------------------|---------------------|------------------|
| $7,297.63 | $625.00 | $105.70 | $0.00 | $0.00 | $8,028.33 |
| Current Trust Account Balance | | $0.00 | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "P"

Savage, Anabelle | Anabelle Savage

P.O. Box 6179
Reno, NV  89513
Re: Trustee Representation Re: Greene/Case #05-54727

William D. Cope
Attorney
Case Type  RC-
File 2060906
History  1/31/2009

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| **Professional Services Rendered at $350.00 per Hour** | | | |
| 01/20/2009 | Fee/Employment Applications: Dictation of third fee application for Molof & Vohl (1.); Meeting with Bob Vohl to discuss appeal and strategy for issues not decided in the appeal (.3) | 1.30 | 455.00 |
| **Professional Services Rendered at $150.00 per Hour** | | | |
| 01/22/2009 | Telephone conference with David @ bankruptcy court re: hearing date for Motion to Value Collateral | 0.20 | 30.00 |
| | Total Professional Services Rendered | 1.50 | 485.00 |

Costs Advanced

| | | | |
|------|-------------|-------|--------|
| 01/29/2009 | Administrative postage charges | | 1.26 |
| 01/30/2009 | Administrative copy charges | | 16.50 |
| | Total Costs Advanced | | 17.76 |

| | | | |
|---|---|---|---|
| Prev Fee Balance | 7516.90 | Cum Hours | 30.70 |
| Prev Cost Balance | 511.43 | Cum Fees | 8200.00 |
| Cur Fees Charged | 485.00 | Cum Costs | 591.09 |
| Cur Costs Advanced | 17.76 | Cum Trust Rec | 0.00 |
| Other Charges/Credits | 0.00 | Cum Trust Dis | 0.00 |
| Less Payments | 0.00 | Cur Trust Bal | 0.00 |
| Total Amount Due | 8531.09 | Last Payment date | 10/15/2007 |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "Q"

The Law Offices of
## William D. Cope
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV  89513

History 2/28/09

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| | Professional Services Rendered at $350.00 per Hour | | |
| 02/17/2009 | Litigation: Appear at Molof & Vohl fee application hearing | 0.80 | 280.00 |
| 02/17/2009 | Litigation: Telephone conference with Bob Vohl in preparation for fee application hearing (.4); Complete preparation for hearing and preparation of Order Approving Application (.2) | 0.60 | 210.00 |
| | Total Professional Services Rendered | 1.40 | 490.00 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|------|------|------|------|------|------|
| $8,531.09 | $490.00 | $0.00 | $0.00 | $0.00 | $9,021.09 |
| Current Trust Account Balance        $0.00 | | | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "R"

The Law Offices of
## William D. Cope
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV  89513

History 3/31/09

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Professional Services Rendered at $350.00 per Hour** | | |
| 03/24/2009 | Litigation: Review Notice of Dismissal of Adversary Proceeding and telephone conference with John White (.3); Dictation of Objection to Dismissal of Action (.4) | 0.70 | 245.00 |
| 03/31/2009 | Litigation: Telephone conference with client and instructions to paralegal re: Savage vs. Greene et. al. (.3); Proof and revision of Objection to Conditional Notice of Dismissal (.3) | 0.60 | 210.00 |
| | Total Professional Services Rendered | 1.30 | 455.00 |
| | **Costs Advanced** | | |
| 03/24/2009 | Pacer - internet research charges | | 1.00 |
| | Total Costs Advanced | | 1.00 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|---|---|---|---|---|---|
| $9,021.09 | $455.00 | $1.00 | $0.00 | $0.00 | $9,477.09 |
| Current Trust Account Balance | | $0.00 | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "S"

The Law Offices of
## William D. Cope
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV   89513

History  4/30/2009

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| Professional Services Rendered at $350.00 per Hour | | | |
| 04/02/2009 | Litigation: Retrieve and review e-mail from John White | 0.10 | 35.00 |
| 04/06/2009 | Litigation: Telephone conference with Cissy Lee re: adversary proceeding/settlement | 0.30 | 105.00 |
| 04/20/2009 | Litigation: Retrieve and review e-mail from John White re: settlement offer from debtor; Instructions to paralegal | 0.20 | 70.00 |
| 04/29/2009 | Litigation: Telephone conference with Angie re: debtor's settlement proposal | 0.20 | 70.00 |
| | Total Professional Services Rendered | 0.80 | 280.00 |

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|--------------------------|----------------------|------------------------|-------------------------|-----------------------|------------------|
| $9,477.09 | $280.00 | $0.00 | $0.00 | $0.00 | $9,757.09 |
| Current Trust Account Balance        $0.00 | | | | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "T"

The Law Offices of
**William D. Cope**
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694

Anabelle Savage
P.O. Box 6179
Reno, NV   89513

Sep 15, 2010

Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| | **Professional Services Rendered at $350.00 per Hour** | | |
| 05/14/2009 | Litigation: Retrieve and review e-mail from John White re: debtor's settlement proposal (.3); Dictation of Motion to Approve Compromises With Debtor and Brandisness, letters to John White and Cissy Lee, settlement agreements, and instructions to paralegal (1.5); Proof and revision of all documents and correspondence (.7) | 2.50 | 875.00 |
| 05/21/2009 | Litigation: Telephone conferences with client, John White and Cissy Lee re: settlement matters | 0.60 | 210.00 |
| 06/09/2009 | Litigation: Review John White's modifications to Greene Settlement Agreement; Instructions to paralegal | 0.30 | 105.00 |
| 06/17/2009 | Litigation: Prepare for and appear at adversary proceeding dismissal hearing | 0.80 | 280.00 |
| 08/05/2009 | Litigation: Appear at hearing on compromise of Brandisness and debtor lawsuit by the trustee | 1.00 | 350.00 |
| 08/06/2009 | Litigation: Dictation of Order Approving Compromise (.3); Telephone conference with John White re: same (.2); Research dismissals of adversary proceedings and dictation of notice of dismissal thereof (.4) | 0.90 | 315.00 |
| 08/07/2009 | Litigation: Proof and revision of adversary proceeding dismissal notice and compromise order | 0.10 | 35.00 |
| 08/21/2009 | Litigation: Telephone conference with trustee's office re: Greene's settlement payment and dictation of letter to trustee re: same | 0.30 | 105.00 |
| 08/27/2009 | Litigation: Prepare Notice of Dismissal as to Brandisness | 0.20 | 70.00 |
| 08/31/2009 | Fee/Employment Applications: Work on second fee application | 0.50 | 175.00 |
| 09/21/2009 | Fee/Employment Applications: Work on and complete first draft of Cope Fee Application | 1.00 | 350.00 |
| 10/06/2009 | Litigation: Telephone conference re: result of appeal and prepare memo to file re: same | 0.50 | 175.00 |
| 10/08/2009 | Litigation: Telephone conference with trustee re: strategy post-appeal | 0.20 | 70.00 |

Savage, Anabelle
Re: Trustee Representation Re: Greene/Case #05-54727                                              Page 2

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 10/14/2009 | Litigation: Review Ninth Circuit Court opinion | 0.70 | 245.00 |
| 11/11/2009 | Litigation: Telephone conference with trustee re: closing case | 0.30 | 105.00 |
| 12/15/2009 | Litigation: Second telephone conference with trustee re: strategy for closing case and resolving issues with debtor | 0.30 | 105.00 |
| 12/16/2009 | Litigation: Retrieve and review e-mail from client re: value of client's former residence | 0.20 | 70.00 |
| 12/17/2009 | Litigation: Telephone conference with Bob Vohl re: appeal issues and resolving issues with debtor | 0.30 | 105.00 |
| 12/28/2009 | Litigation: Review closing statement for debtor's residence and disbursement and receipt ledgers, along with portions of Ninth Circuit Court opinion in Greene v. Savage (.9); Dictation of letter to John White re: balance owed to Greene per decision (.4); Telephone conference with U.S. Trustee re: same (.3); Proof and revision of White letter (.1) | 1.70 | 595.00 |
| 01/20/2010 | Litigation: Telephone conference with John White re: settlement of all issues | 0.20 | 70.00 |
| 01/21/2010 | Litigation: Dictation of letter to John White re: settlement of all issues and edit letter | 0.50 | 175.00 |
| 02/01/2010 | Litigation: Review correspondence from John White and instructions to paralegal re: settlement of all matters | 0.10 | 35.00 |
| 02/03/2010 | Litigation: Telephone conference with client re: property valuation issues re: Greene proposal to settle all issues (.3); Retrieve and review e-mail re: same (.2) | 0.50 | 175.00 |
| 02/11/2010 | Litigation: Research re: petition amendments for objection to debtor's proposed amendment re: value of his former residence | 1.20 | 420.00 |
| 02/18/2010 | Litigation: Telephone conference with Bob Vohl re: above issues (.3); Dictation of letter to John White re: closing of Chapter 7 case (.2) | 0.50 | 175.00 |
| 03/05/2010 | Litigation: Retrieve voicemail and review letter from John White re: above issues | 0.20 | 70.00 |
| 03/15/2010 | Litigation: Review letter from John White; Prepare e-mail to Bob Vohl re: same | 0.20 | 70.00 |
| 03/22/2010 | Litigation: Telephone conference with Angie Savage and prepare letter to John White re: same | 0.40 | 140.00 |
| 04/14/2010 | Litigation: Telephone conference with trustee re: setting issues with debtor | 0.20 | 70.00 |
| 04/21/2010 | Litigation: Telephone conference with Angie Savage re: Greene's petition amendment | 0.30 | 105.00 |
| 05/20/2010 | Litigation: Telephone conference with Bob Vohl re: objection to Greene amendment (.4); Return John White's telephone call re: same (.1); Retrieve and review e-mail from John White re: same and telephone conference with John White (.3) | 0.80 | 280.00 |
| 05/21/2010 | Litigation: Telephone conference with John White | 0.20 | 70.00 |

Savage, Anabelle
Re: Trustee Representation Re: Greene/Case #05-54727                                    Page 3

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/24/2010 | Litigation: Research re: rights of parties to amend in bankruptcy and conference with Bob Vohl re: same | 2.00 | 700.00 |
| 05/25/2010 | Litigation: Telephone conference with Angie Savage re: status of purposed settlement | 0.20 | 70.00 |
| 06/04/2010 | Litigation: Retrieve voicemails from trustee and telephone conference with John White re: same (.3); Telephone conference with trustee (.2); Dictation of letter to White re: settlement issues (.2) | 0.70 | 245.00 |
| 07/19/2010 | Litigations: Telephone conference with John White re: settlement issues | 0.30 | 105.00 |
| 07/25/2010 | Litigation: Research re: Objections to Amendments (1.3); Retrieve and review debtor's appraisal from Pacer (.3) | 1.60 | 560.00 |
| 07/26/2010 | Litigation: Telephone conference with John White re: trustee's objection to debtor's amended schedules | 0.30 | 105.00 |
| 07/26/2010 | Litigation: Research for Objection to Amendments | 0.50 | 175.00 |

Professional Services Rendered at $150.00 per Hour

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/31/2009 | Litigation: Preparation of documents, compromise of adversary proceeding; Scan and e-mail documents to all parties in interest; Amend and recirculate documents for final review | 0.50 | 75.00 |
| 08/17/2009 | Fee/Employment Applications: Download invoices; Mail instructions to billing service | 0.30 | 45.00 |
| 07/26/2010 | Litigation: Scan appraisal and e-mail | 0.20 | 30.00 |

Professional Services Rendered at $75.00 per Hour

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 03/16/2010 | Litigation: Prepare e-mail transmittals; E-mail White letter to Bob Vohl | 0.30 | 22.50 |
| 03/17/2010 | Litigation: Prepare transmittal letter to Ms. Savage to fax ten page document | 0.30 | 22.50 |
| 06/04/2010 | Litigation: Fax letter to John White and to Trustee Savage re: settlement and prepare transmittal | 0.30 | 22.50 |
| | Total Professional Services Rendered | 25.20 | 8372.50 |

Costs Advanced

| Date | Description | Amount |
|------|-------------|--------|
| 05/29/2009 | Administrative copy charges | 18.30 |
| 08/31/2009 | Administrative copy charges | 9.30 |
| 12/30/2009 | Administrative copy charges | 10.80 |
| 02/28/2010 | Administrative copy charges | 6.90 |
| 03/31/2010 | Administrative fax charges | 10.00 |
| 05/20/2010 | Administrative copy charges | 0.30 |
| 06/30/2010 | Administrative fax charges | 2.00 |
| 07/25/2010 | Westlaw - internet research charges | 50.00 |
| 07/25/2010 | Pacer - internet research charges | 10.00 |
| 07/30/2010 | Administrative copy charges | 16.80 |
| | Total Costs Advanced | 134.40 |

Savage, Anabelle
Re: Trustee Representation Re: Greene/Case #05-54727

Page 4

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|

This statement reflects charges and payments through 8/31/10.

| Previous Balance Forward $9,757.09 | Current Fees Charged $8,372.50 | Current Costs Advanced $134.40 | Other Charges & Credits $0.00 | Less Payment Received $0.00 | Total Amount Due $18,263.99 |
|---|---|---|---|---|---|
| | | Current Trust Account Balance | | $0.00 | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.

# EXHIBIT "U"

The Law Offices of
## William D. Cope
595 Humboldt Street
Reno, Nevada   89509-1603

Telephone  (775) 333-0838
Fax  (775) 333-6694


Anabelle Savage
P.O. Box 6179
Reno, NV   89513

Sep 15, 2010


Re: Trustee Representation Re: Greene/Case #05-54727

| Date | Description | Hours | Amount |
|---|---|---|---|
| **Professional Services Rendered at $350.00 per Hour** | | | |
| 08/03/2010 | Litigation: Telephone conference with trustee re: final report and closing case and adding arguments re: Greene's distribution from estate | 0.30 | 105.00 |
| 08/06/2010 | Litigation: Commence research re: closing case | 0.30 | 105.00 |
| 08/20/2010 | Litigation: Telephone conference with John White re: settlement of all issues | 0.30 | 105.00 |
| 08/24/2010 | Litigation: Research for (3.7 hrs.) and dictation of Objection to Petition Amendments | 6.00 | 2100.00 |
| 08/24/2010 | Fee/Employment Applications: Work on second Fee Application | 1.30 | 455.00 |
| 08/25/2010 | Fee/Employment Applications: Work on Fee Application | 0.40 | 140.00 |
| 08/26/2010 | Litigation: Proof and revision of Objection to Amendments | 2.60 | 910.00 |
| 08/27/2010 | Fee/Employment Applications: Work on Fee Application | 0.50 | 175.00 |
| 08/30/2010 | Fee/Employment Applications: Work on Fee Application | 0.70 | 245.00 |
| 08/31/2010 | Fee/Employment Applications: Work on second Fee Application | 2.00 | 700.00 |
| Total Professional Services Rendered | | 14.40 | 5040.00 |
| **Costs Advanced** | | | |
| 08/31/2010 | Administrative copy charges | | 4.20 |
| Total Costs Advanced | | | 4.20 |
| **Other Charges and Credits** | | | |
| 09/14/2010 | Credit adjustment for erroneous fee charge on 1/22/09 | | -30.00 |
| 09/14/2010 | Reversal of erroneous payment credit on 10/15/07 | | 260.00 |
| Total Other Charges & Credits | | | 230.00 |

Savage, Anabelle
Re: Trustee Representation Re: Greene/Case #05-54727                    Page 2

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|

This statement reflects charges and payments through 8/31/10.

| Previous Balance Forward | Current Fees Charged | Current Costs Advanced | Other Charges & Credits | Less Payment Received | Total Amount Due |
|---|---|---|---|---|---|
| $18,263.99 | $5,040.00 | $4.20 | $230.00 | $0.00 | $23,538.19 |
| Current Trust Account Balance | | | $0.00 | | |

PROFESSIONAL FEES AND COSTS ADVANCED ARE DUE AND PAYABLE UPON RECEIPT OF THIS STATEMENT.
Interest will accrue at the rate of 1.5% per month (18% per annum) on the unpaid balance.