William D. Cope, Esq., Nevada Bar #1711
WILLIAM D. COPE, LLP
595 Humboldt Street
Reno, NV 89509-1603
(702) 333-0838
(702) 333-6694 (fax)
cope_guerra@yahoo.com

Attorney for Anabelle Savage, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \*

IN RE:                                    CASE NO. BK-N-05-54727-GWZ
                                          CHAPTER 7
SCOTT K. GREENE.

      Debtor.
_____/

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Law Offices of William D. Cope, LLP, that I am over the age of 18 and not a party to the above-referenced case, and that on September 24, 2010 I caused to be served the **OBJECTION TO DEBTOR'S AMENDMENTS TO SCHEDULES,** and **NOTICE OF HEARING** as indicated:

  X      **BY MAIL:** by placing the document listed above in a sealed envelope with Postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Services on 24th of September 2010, with postage thereon fully prepaid in the ordinary course of business to the following:

        John White, Esq.
        335 W. First St.
        Reno, NV 89503

/ / /

- 2 -

1  Anabelle Savage
   P.O. Box 6179
2  Reno, NV 89513

3

4

   Office of the United States Trustee
5  300 Booth Street
   Reno, NV 89509
6

7

8

9  DATED this September 24, 2010.              /s/ Gary Robison
10                                             Gary Robison, An Employee of Law Offices of
11                                             William D. Cope, LLP

- 2 -