William D. Cope, SBN #1711
WILLIAM D. COPE, LLP
595 Humboldt Street
Reno, Nevada 89509
Telephone:    (775) 333-0838
Facsimile:    (775) 333-6694
Email: cope_guerra@yahoo.com

Attorney for Anabelle Savage, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

SCOTT K. GREENE.

Debtor.
_____/

CASE NO.  BK-N-05-54727-GWZ
CHAPTER 7

**NOTICE OF HEARING RE: OBJECTION TO DEBTOR'S AMENDMENTS TO SCHEDULES**
Hearing Date: November 10, 2010
Hearing Time: 10:00 a.m.
Time reqd.: 10 minutes

NOTICE IS HEREBY GIVEN that an OBJECTION TO DEBTOR'S AMENDMENTS TO SCHEDULES ("Objection") has been filed herein by William D. Cope, LLP ("Cope"), counsel for Anabelle Savage Chapter 7 Trustee ("Trustee").

NOTICE IS FURTHER GIVEN that a hearing on the Motion has been scheduled before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Reno, Nevada on November 10, 2010 at the hour of 10:00 a.m.

**Any Opposition must be filed pursuant to Local Rule 9014(c).**
   **Local Rule 9014(c): Any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. Any opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.**

   **Local Rule 9014 (b) (1) (D) provides:**
   **If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.**

/ / /

**If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:**

- **The court may *refuse to allow you to speak* at the scheduled hearing; and**

- **The court may *rule against you* without formally calling the matter at the hearing.**

**If no response or opposition is filed within the time required by these rules, the matter will be deemed unopposed, and the court may enter an order granting the relief requested without further notice and without a hearing.**

NOTICE IS FINALLY GIVEN that further information concerning this matter may be found in the Objection which is on file and available for inspection at the office of the Clerk, United States Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509.

DATED this 24 day of September, 2010.

                                                WILLIAM D. COPE, LLP

                                                _____
                                                William D. Cope, Esq.
                                                Attorney for Anabelle Savage,
                                                Chapter 7 Trustee

COPE & GUERRA
595 Humboldt St.
Reno, NV 89509
(775) 333-0838
Fax (775) 333-6694