1  William D. Cope, SBN #1711
   WILLIAM D. COPE, LLP
2  595 Humboldt Street
   Reno, Nevada 89509
3  Telephone:    (775) 333-0838
   Facsimile:    (775) 333-6694
4  Email: cope_guerra@yahoo.com

5  Attorney for Anabelle Savage, Trustee

6

7                    UNITED STATES BANKRUPTCY COURT

8                         DISTRICT OF NEVADA

9
   IN RE:                              CASE NO.  BK-N-05-54727-GWZ
10                                     CHAPTER 7
   SCOTT K. GREENE.
11                                     NOTICE OF HEARING ON SECOND
                                       AND FINAL APPLICATION FOR
12                                     WILLIAM D. COPE, LLP FOR ORDER
                                       ALLOWING COMPENSATION FOR
13                                     PROFESSIONAL SERVICES
                                       RENDERED AND REIMBURSEMENT
14                                     OF EXPENSES INCURRED

15              Debtor.                Hearing Date: November 10, 2010
                                       Hearing Time: 10:00 a.m.
16  _____/  Time reqd.: 5 minutes

17       NOTICE IS HEREBY GIVEN that a Motion for Order of SECOND AND FINAL

18  APPLICATION FOR WILLIAM D. COPE, LLP FOR ORDER ALLOWING

19  COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND

20  REIMBURSEMENT OF EXPENSES INCURRED ("Motion") has been filed herein by

    William D. Cope, LLP ("Cope") counsel for Anabelle Savage Chapter 7 Trustee ("Trustee").
21
    The Motion requests compensation and reimbursement for expenses incurred for the period
22
    effective date June 1, 2001 through August 31, 2010 in the total amount of $23,538.19 of
23
    which amount $22,807.50 represents compensation for professional services rendered and
24
    $730.69 represents reimbursement for expenses incurred.
25
         NOTICE IS FURTHER GIVEN that a hearing on the Motion has been scheduled
26
    before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth
27
    Street, Reno, Nevada on November 10, 2010 at the hour of 10:00 a.m.

28  / / /

COPE & GUERRA
595 Humboldt St.
Reno, NV 89509
(775) 333-0838
Fax (775) 333-6694

                                       1

**Any Opposition must be filed pursuant to Local Rule 9014(c).**

**Local Rule 9014(c):** Any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. Any opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

**Local Rule 9014 (b) (1) (D) provides:**
If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

If no response or opposition is filed within the time required by these rules, the matter will be deemed unopposed, and the court may enter an order granting the relief requested without further notice and without a hearing.

NOTICE IS FINALLY GIVEN that further information concerning this matter may be found in the Motion which is on file and available for inspection at the office of the Clerk, United States Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509.

DATED this _____ day of September, 2010.

WILLIAM D. COPE, LLP

William D. Cope, Esq.
Attorney for Anabelle Savage,
Chapter 7 Trustee

COPE & GUERRA
595 Humboldt St.
Reno, NV 89509
(775) 333-0838
Fax (775) 333-6694

2