William D. Cope, Esq., Nevada Bar #1711
WILLIAM D. COPE, LLP
595 Humboldt Street
Reno, NV 89509-1603
(702) 333-0838
(702) 333-6694 (fax)
cope_guerra@yahoo.com

Attorney for Anabelle Savage, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * *

IN RE:                                        CASE NO. BK-N-05-54727-GWZ
                                              CHAPTER 7
SCOTT K. GREENE.

   Debtor.
_____/

## SECOND CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Law Offices of William D. Cope, LLP, that I am over the age of 18 and not a party to the above-referenced case, and that on October 1, 2010 I caused to be served the **NOTICE OF HEARING FOR SECOND AND FINAL APPLICATION FOR WILLIAM D. COPE, LLP FOR ORDER ALLOWING COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**, and **NOTICE OF HEARING ON OBJECTION TO DEBTOR'S AMENDMENTS TO SCHEDULES** as indicated:

__X__        **BY MAIL:** by placing the document listed above in a sealed envelope with Postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Services on 1st of October 2010, with postage thereon fully prepaid in the ordinary course of business to the following:

American Express Bank
C/O BECKET AND LEE, LLP
P.O. Box 3001
Malvern, PA 19355

Ecast Settlement Corporation
Agent for HSBC Bank Nevada, N.A.
P.O. Box 35480
Newark, NJ 07193

National Loan Recoveries
C/O BECKET & LEE, LLP
P.O. Box 3001
Malvern, PA 19355

Ramesh Singh
Recovery Management Systems Corporation
25 S.E. Second Avenue
Ingraham Building, Suite 1120
Miami, FL 33131

Geoffrey Giles
Attorney for Rena Wells
527 California Ave
Reno, NV 89504

DATED this October 1, 2010.

/s/ Gary Robison
_____
Gary Robison, An Employee of Law Offices of William D. Cope, LLP