John White
White Law Chartered
335 West First St.
Reno, NV 89503
(775) 322-8000

Filed Electronically 10/13/10

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In Re:

SCOTT GREENE

    Debtor

BANKRUPTCY NO. 05-54727
CHAPTER 7
**DECLARATION OF**
**DAVID RANKINE**
Hearing Date: 11/10/10
Hearing Time: 10:00 AM

I, David Rankine, declare under penalty of perjury as follows:

1) That I am competent to testify as to matters stated herein.

2) That I was co counsel for debtor during the appeal process relating to this court's order limiting Debtors Homestead exemption to $125,000. The scope of my engagement was limited to the work on the appeal.

3) However, after receiving the first interim fee application presented by William Cope, on behalf of his firm and Mr. Vohl's firm I called Mr. Cope. I expressed my concern that fees not be paid from moneys that might prove to be exempt. Mr. Cope responded that the estate had adequate resources to pay it's counsel from sources other than the claimed homestead. He stated they "would not be getting into money that might have to be given to Greene."

4) Based on that assurance, as well as my impression that interim fee awards are subject to disgorgement, I did not take action to object to that, and later fee applications.

Dated this 29th day of September 2010.

__/s/David Rankine
David Rankine