John White, Esq., S.B.#1741  
White Law Chartered  
Twentieth Century Building  
335 West First St.  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Attorney for Debtor

E-filed on October 13, 2010

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SCOTT K. GREENE,<br><br><br><br><br><br><br><br><br>Debtor.<br>_____/ | CASE NO: BK-N-05-54727-gwz<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON THE COUNTER-MOTION FOR ORDER COMPELLING TRUSTEE TO TURN OVER DEBTOR'S HOMESTEAD**<br><br>Date of Hearing: November 10, 2010<br>Time of Hearing: 10:00 am.<br>Estimated Time: 10 minutes |

**NOTICE IS HEREBY GIVEN** that a COUNTER-MOTION FOR ORDER COMPELLING TRUSTEE TO TURN OVER DEBTOR'S HOMESTEAD ("Motion") was filed on October 12, 2010. The Motion seeks for an Order from this Court compelling Trustee to turn over Debtor's Homestead and for such other and further relief as to this Court deems just and proper. Any opposition must be filed pursuant to Local Rule 9014 (d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no*

1

*later than 14 days* after service of the Motion, except as provided by LR 3007 (b) and LR 9006. If the hearing has been set on less than 15 days' notice, the opposition must be filed no later than 7 days before the hearing, unless the court orders otherwise. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing: and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be heard before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, First Floor, Bankruptcy Courtroom, Reno, Nevada 89509 on November 10, 2010, at the hour of 10:00 a.m.

DATED: October 13, 2010.

WHITE LAW CHARTERED

By: /s/ John White
John White, Esq.,

WHITE LAW CHARTERED LAWYERS
9TH CENTURY BLDG
335 W. FIRST STREET
RENO, NV 89503
(775) 322-8000
(775) 322-1228