John White, Esq., S.B.#1741
White Law Chartered
Twentieth Century Building
335 West First St.
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for Debtor

E-filed on October 14, 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                )
                                                       )   CASE NO:   BK-N-05-54727-gwz
SCOTT K. GREENE                                        )
                                                       )   Chapter 7
                                                       )
                                                       )   CERTIFICATE OF SERVICE
                                                       )
                                                       )
                                                       )
                                                       )
                                                       )
                        Debtor                         )
                                                       )
_____ /                      )

        I hereby certify that on the 13th day of October, 2010, I served a true and correct

copy of the foregoing DEBTOR'S REPLY TO TRUSTEE'S OBJECTION TO DEBTOR'S

AMENDMENTS TO SCHEDULES; COUNTER-MOTION FOR ORDER COMPELLING

TRUSTEE TO TURN OVER DEBTOR'S HOMESTEAD and NOTICE OF HEARING ON

THE COUNTER-MOTION FOR ORDER COMPELLING TRUSTEE TO TURN OVER

DEBTOR'S HOMESTEAD, as follows:

 x  a.  Via ECF System to:

WILLIAM D. COPE on behalf of Attorney COPE & GUERRA
cope_guerra@yahoo.com

WHITE LAW
CHARTERED
LAWYERS
0TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

Γ (775) 322-8000
Ϝ (775) 322-1228

1

GEOFFERY L. GILES on behalf of Creditor RENA WELLS
geofgiles@yahoo.com

JEFFERY L. HARTMAN on behalf of Counter-Defendant RENA WELLS
notices@bankruptcyreno.com, dlg@bankruptcyreno.com

CECILIA LEE on behalf of Defendant SHARON BRANDSNESS
efile@cecilialee.net

MICHAEL LEHNERS on behalf of Debtor SCOTT GREENE
michaellehners@yahoo.com

DAVID RANKINE on behalf of Debtor SCOTT GREENE
lyrdave@yahoo.com

ANABELLE SAVAGE
angiesavage@sbcglobal.net, nv06@ecfcbis.com

U.S. TRUSTEE-RN-7
USTPRegion17.RE.ECF@usdoj.gov

JOHN WHITE on behalf of  SCOTT GREENE
bankruptcy@whitelawchartered.com,  john@whitelawchartered.com

 x  b.  Via United States Mail, postage fully prepaid, to the interested parties as follows:

Molof & Vohl, on behalf of Anabelle Savage, Trustee
301 Flint St.
Reno, NV 89501-2005

Anabelle Savage
P.O. Box 6179
Reno, NV 89513

UNITED STATES TRUSTEE
300 BOOTH ST.
RENO, NV 89509

The foregoing does not contain the social security number of any person.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2010.

Declarant, Araceli González,
Employee, White Law Chartered

WHITE LAW
CHARTERED
LAWYERS
OTH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

Γ (775) 322-8000
Ϝ (775) 322-1228

2