# Exhibit 2

# Exhibit 2

John White, Esq., S.B.#1741
White Law Chartered
Twentieth Century Building
335 West First St.
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                              ) CASE NO:   BK-N-05-54727-gwz
                                    )
SCOTT K. GREENE,                    ) Chapter 7
                                    )
                                    )
                                    ) ORDER SHORTENING TIME TO HEAR DEBTOR'S
                                    ) MOTION FOR LEAVE TO WITHDRAW DEBTOR'S
                                    ) POINTS AND AUTHORITIES FILED OCTOBER 13,
                                    ) 2010 AND NOVEMBER 8, 2010 AND TO FILE A
                                    ) SUBSTITUTE BRIEF
                                    )
        Debtor.                     ) Date of Hearing: N/A
_____/    ) Time of Hearing: N/A
                                    )

Debtor having filed his Motion for Order Shortening Time to Hear Motion for Leave to Withdraw Debtor's Points and Authorities in Briefs filed October 13, 2010 and November 8,

1

2010 and to File a Substitute Brief ("Motion Shortening Time) on December 8, 2010,

    IT IS HEREBY ORDERED that the Motion Shortening Time is hereby granted.

    IT IS FURTHER ORDERED that the hearing on the Motion for Leave to Withdraw Debtor's Points and Authorities in Briefs filed October 13, 2010 and November 8, 2010 and to file a Substitute Brief is set to be heard on shortened time on the ____ day of _____ at _____ a.m./p.m. before a United States Bankruptcy Judge.

    Any objection shall be filed on or before the ____ day of _____, 201__.

IT IS SO ORDERED.

| Submitted by: | Approved/Disapproved |
|---|---|
| WHITE LAW CHARTERED | |
| By: _____ <br> John White, Esq. | By: _____ <br> William Cope, Esq., <br> Attorney for Trustee |

###